DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
MAY 29 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20 00223 LHK NC |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
|  | ) 18 U.S.C. § 922(o) – Illegal Possession of a Machinegun; |
| RANDALL FREITAS, | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | ) |
|  | ) SAN JOSE VENUE |

# INFORMATION

The United States Attorney charges:

COUNT ONE:            (18 U.S.C. § 922(o) – Illegal Possession of a Machinegun)

On or about April 2, 2019, in the Northern District of California, the defendant,

RANDALL FREITAS,

knowingly possessed a weapon which shoots automatically more than one shot, without manual reloading, by a single function of the trigger, namely, one Glock-style 9mm pistol bearing serial number SKB121, modified with a machinegun conversion device, and the weapon was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(o), and Title 18, United States Code, Section 2.

INFORMATION                               1

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

RANDALL FREITAS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the willful commission of the offense, including, but not limited to, the following property:

a. Glock-style 9mm pistol bearing serial number SKB121, modified with a machinegun conversion device; and

b. 479 rounds of 9mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: May 28, 2020

DAVID L. ANDERSON
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

AO 257 (Rev. 6/78)

E-filing

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C § 922(o) - Illegal possession of a machinegun

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum term of imprisonment of ten years
Fine of not more than $250,000
Maximum term of supervised release of three years
$100 special assessment
Potential forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAY 29 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT - U.S**
▶ RANDALL FREITAS

DISTRICT COURT NUMBER
CR 20 C0223 LHK NC

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
BATF-Special Agent Michael Nuttall

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
20-70540-MAG

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA Michael Pitman

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments: