1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   VARELL L. FULLER
3  Assistant Federal Public Defender
   55 S. Market Street, Suite 820
4  San Jose, CA  95113
   Telephone:   (408) 291-7753
5  Facsimile:   (408) 291-7399
   Email:          Varell_Fuller@fd.org
6
7  Counsel for RANDALL FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 20-00223 LHK |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| vs | |
| RANDALL FREITAS, | |
| Defendant. | |

The Federal Public Defender has been appointed as counsel for Randall Freitas.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Varell L. Fuller enters his Notice of Attorney Appearance for Mr. Freitas as Co-Counsel. Assistant Federal Public Defender Dejan Gantar still remains as lead counsel.  Contact information for Varell Fuller is listed above.

Dated:  September 29, 2020            Respectfully submitted,


                                       _____/S/_____
                                       VARELL L. FULLER
                                       Assistant Federal Public Defender