GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor – Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20-223 LHK |
| Plaintiff, | DECLARATION OF DANIEL O'KELLY |
| v. | |
| RANDALL FREITAS, | |
| Defendant. | |

I, Daniel O'Kelly, declare as follows:

1.        I received my B.A. in English from Indiana University in 1981, and have received several notable awards, including the U.S Justice Department Award for Public Service in 1995. Upon retirement from ATF, I received the ATF Award for Dedicated Service. During my ATF career, I also earned "Special Act or Service Awards from ATF in 1993, 1999, 2000, and 2002. I have authored several publications, including a textbook about Firearm Technology, ID, and ATF Firearm Compliance. I also have given numerous lectures, speeches, presentations, and have taught hundreds of multi-day seminars to law enforcement and firearm industry groups in the United States and abroad, including at the International Law Enforcement Academies in Europe and Africa.

2.        My curriculum vitae, attached as Exhibit A, is available and sets forth the professional training and experience which has made me a court-recognized expert in firearm technology, range training, firearm safety, interstate nexus, firearm ID, ATF compliance, regulation, anti-smuggling, use-of-force, self-defense with a firearm, and security, since 1990. I hold a U.S. Patent for a firearm design.

3.        I have 34 continuous years of full-time law enforcement experience. During this career, I served for twenty-three years as a Special Agent with the U.S. Bureau of Alcohol, Tobacco, and Firearms (ATF). (The Bureau has since added "Explosives" to its title.) I began my law enforcement career as a Police Officer with the Porter and Portage Police Departments in Indiana, from 1977 to 1988, during which I served as a Patrolman, an undercover agent and as a Detective. My tenure at ATF began in September of 1988 as a Special Agent in the Chicago Field Division Office. I also worked temporarily as the Resident Agent in Charge in Wilmington, Delaware. During my assignment to the Chicago Division, I received awards for investigative work, being promoted to Journeyman Agent level (GS13), over 63 Agents senior to me.

4.        In 1996, I was transferred to ATF's National Academy as a staff member and was appointed the Chief Firearm Technology Instructor, where I also was placed in charge of ATF's Undercover School as its lead Instructor. I was also a member of the Bureau's Youth Crime Gun Interdiction Initiative (YCGII), a Presidential gun crime-reduction program From July 1997 through January 1999.

5.    By March 2001, I was transferred to the Tampa Field Division, where shortly afterward, I served for six months as a Federal Air Marshal. At the end of that detail, I was appointed as the Firearm Instructor Coordinator of the Tampa Field Division. I was also one of only a handful of Field Agents qualified to teach Interstate Nexus determinations for firearms and ammunition to ATF Agents.

6.    I have also done independent research at foreign firearm and ammunition factories/reference collections.

7.    Since 2011, I have been the Director of the International Firearm Specialist Academy (IFSA) near Dallas, Texas. This is a company devoted to assisting law enforcement, the firearm industry, and the legal profession in improving their knowledge of the firearm field, as to the technology of firearms, including safety, classification, nomenclature, markings, mechanical operation, cycle of operation, ammunition, curios & relics, and those firearms which fall under the purview of the National Firearms Act, as well as ATF compliance and court testimony.

8.    I have served as a facilitator-instructor for the Association for Identification (IAI), and the National Shooting Sports Foundation, and am a current or past member of the IAI, NSSF, and the International Law Enforcement Educators and Trainers Association (ILEETA). I am also a Technical Advisor to the Association of Firearm & Tool Mark Examiners (AFTE).

9.    I have instructed thousands of law enforcement officers and hundreds of federally-licensed gun dealers and their employees on gun store security and preventing criminals from obtaining firearms by limiting risk. I also serve on the Advisory Board of the Sonoran Desert Institute, which is a gunsmith school in Prescott, Arizona, and which has students and graduates nationwide. I am also a Technical Advisor to the Association of Firearm and Tool Mark Examiners.

10.    I have served as an expert in approximately 150 court cases. A list of cases in which I have written statements, Declarations, or testified or been deposed within the last five years is also available.

11.    I have authored, co-authored or participated in various publications dealing with law enforcement matters, and have taught hundreds of multi-day firearm seminars at or for many federal law enforcement agencies and many major state and city law Police departments and forensic organizations since 1996.

12.     Attorney Dejan Gantar of the Federal Public Defender's Office has asked me to examine the reports provided. I have been asked to provide my opinions, based on my experience as an ATF Special Agent, my experience as an expert in firearm technology and classification, and my knowledge of the definitions of firearms, on the following.

13.     I have reviewed the search warrant affidavit produced by the Government in the above-captioned case.  I believe the HSI agent who authored the affidavit omitted some important facts about Glock switches from the affidavit.

14.     It is a fact that the items referred to as "Glock switches" do not have a sole purpose. I have conferred with my colleague James Yurgealitis, also a retired career ATF Agent, on 6/23/21, who agrees with this opinion.

15.     A reasonably-trained law enforcement officer who specializes in firearm-enforcement would or should know the peripheral issues concerning them, especially a law enforcement officer who takes the lead on investigations concerning the unusual firearms within the purview of the NFA. A law enforcement officer doing such an investigation would or should know that these switches are usable cosmetically on an airsoft toy; that they are accessible on the internet for as low as $22 each, and are often advertised as being for airsoft toys.  Below is an example of a switch for sale:

https://www.joom.com/en/products/5c3c20ec6ecda80101349ad3



16.     Airsoft toy guns are very detailed, and authentic in weight and dimension to a real gun. Airsoft toy guns allow a collector to have an extremely realistic looking toy that looks like the real model gun in every way, except for its potential illegality, and lethality.  Airsoft toys exist for the

purpose of "looking cool" to the intended consumer. In support of this, I have found several sites which show that those who participate in the competitions using airsoft toys, wear head to toe SWAT clothing, and significantly more pretend protective clothing than necessary to protect against the plastic low-velocity pellets which airsoft toys shoot. These plastic pellets are only capable of inflicting eye injury or moderate pain at worst, yet the gamers wear helmets, mock bullet-proof vests, padded gloves, face shields, knee pads, etc., all of which emulate the outfits worn by SWAT members.

17.     These outfits and equipment costs hundreds of dollars to acquire, and other than goggles are unnecessary just to protect the eyes. I used to provide similar training for ATF Agents and Police Officers, and a thick shirt and long pants are all that is necessary to avoid any sting to the extremities.

18.     In further support of the universally accepted desire by airsoft aficionados to look the part, I point to the fact that there are several various propulsion methods used by airsoft companies to make their toys expel pellets (batteries, inert gas, springs, etc.) Any given model of "gun" produced by them with that propulsion system does the exact same thing: it propels a 6mm plastic pellet at a non-lethal velocity. The only difference between them is the shape and size of the toy. However, the one-upmanship which exists among airsoft gamers is the drive for the manufacturers to make copies of every conceivable model of firearm which enjoys any measure of popularity with the real gun-owning public. To that end, the manufacturers make airsoft toy guns in the form of what appear to be sawed-off shotguns, short-barreled rifles, machineguns, grenade launchers, rocket launchers, hand grenades, silencers, and even time-bombs. The reason is so that the owner/user can achieve a level of looking cooler, tougher, or richer than the other guy. He who owns these is not, in any case more well-equipped, because as stated, the item still does the same thing as the lowest-priced airsoft toy, and neither "deadliness" nor "effectiveness" comes into play. It can be seen in the videos of these airsoft competitions that once a gamer is "shot" by another, regardless of method used, he merely calls out "Hit!" and takes himself out of play.

19.     It should be noted that all the types of airsoft "firearms" mentioned above, including grenades, bombs, and silencers, all emulate "firearms" under the jurisdiction of the NFA, and since NFA firearms require payment of a special tax, and registration and approval by ATF, they are considered exotic and relatively rare. The owners of them achieve a higher status among their peers. In

1  fact, the airsoft version of the U.S military-issued MK19 belt-fed machinegun/grenade launcher costs

2  $7000 (seven thousand), despite the fact that it does nothing more than any other airsoft. This shows

3  the level to which some gamers will rise to achieve this "cool" status based on looks.

4      20.    The following link is for an airsoft version of a Sten machinegun. Note that the model is

5  "sold out".  https://www.evike.com/products/31522/.



12      21.    The following link is for an airsoft version of the "Minigun". This is a gatling gun,

13  which is a multi-barreled electric-motor driven machinegun, normally mounted on military helicopters.

14  The real minigun has a firing rate of up to 4000 shots per minute.

15  https://www.evike.com/products/29959/



24      22.    The following link is a "sawed-off shotgun", which is universally-recognized to be a

25  gangster-type weapon and one of those originally included in the National Firearms Act of 1934.

26  https://www.switairsoft.com/product-page/hawsan-farsan-0521-short-boomstick-double-barrel-

27  shotgun.

28

1

2

3

4

5

6



7     23.    For precisely this reason, it follows that a collector would want to obtain at least the

8 main body of a Glock switch, and install it on their Glock airsoft toy to give it the appearance of one

9 which has been converted to full-auto. Of course, although manufacturers already offer a version of the

10 airsoft full-auto Glock model 18 which is a factory-authorized machine-pistol with its selector switch

11 on the left side of the pistol's slide, no company offers an airsoft version of the Glock which has been

12 converted using the aftermarket-type of switch which is at issue in this case. For that reason, the

13 collector who possessed a Glock airsoft toy which included what appeared to be a "conversion switch",

14 although useless, would be held in high regard by his peers.

15     24.    Concerning the concept of cosmetic improvements being made to airsoft toys in an

16 effort to make them look more real, the Court should consider the following person who offers advice

17 on how to remove the orange muzzle-tip from airsoft toys, in an effort to achieve a more realistic look:

18 https://www.youtube.com/watch?v=hcI2MbY38zw.

19

20



21

22

23

24

25

26     25.    My belief is that Glock switches don't qualify as "machineguns" under section 26 USC

27 5845(b), because they have dual uses.  This is due to the fact that some manufacturers are designing

28 these with the intent that they may be used for airsoft toys. That is because they are sometimes

O'KELLY DECLARATION
*FREITAS*, CR 20–223 LHK

advertised that way, as evidenced in some of the following screenshots found at the respective internet links.  Based on my investigation and research regarding cases involving "switches," I believe switches have been advertised as such for the last several years, and there has also existed online discussions concerning their use for airsoft toys during that time.

www.pinterest.com › pin

**Glock Full-Auto Selector Switch for Sale - Pinterest**

Glock Full-Auto Selector **Switch** for Sale Glock Guns, **Airsoft** Guns, **Glock** ... Auto **Switch** -
Brand New Locally Made Flat-Type **Glock** Full Auto **Switch** - Will **fit** any ...

steviewilsonlpc.com › jbivbm › plastic-glock-switch

**plastic glock switch**

Xdl22-Cdf35 Selector Push Button Black Plastic Knob **Glock** Selector **Switch**, Find ... But
they're too tall to **fit** into any of my holsters, they catch every time. ... of the part I see it not
similar to the **switches** that I have seen on **airsoft glock** replicas.

backtotheblock.afisha.ru › assembly-bernat-thin › airso...

**Airsoft pistol accessory full auto switch for glock**

Click to find the best Results for **glock** auto **switch** Models for your 3D Printer. Trigger Pull: ...
Easily **installed** and removed with no permanent modifications 2.

26.     I have also reviewed internet forums and message boards in which airsoft toy hobbyists and aficionados post and communicate.  In those forums, I have observed such individuals express confusion and anger about why the ATF would be prosecuting and seizing Glock switches when those items are being purchased as airsoft parts, for airsoft toys.

27.     Although the installation of a Glock switch on an airsoft is only cosmetic, the concept of cosmetic appeal is the gist of the airsoft industry. These are all types of things that sell because they look like guns, although they are not. For example: fake silencers (NFA look-alikes) on airsoft toys. The allure of fake silencers (suppressors) is merely for their looks, although useless for the purpose which real silencers serve.

28.     Also in production are airsoft grenades, rocket launchers, and land-mines, all of which, if real, are NFA firearms under Title 26 of the U.S. Code.  The only purpose in making/selling/buying/possessing one of these is for an airsoft collector to "look cool" to their peers.

29.     The parts of these switches are also available separately. This allows a person to buy just the body of the switch, which, due to the fact that there are several iterations, is only one of 4-5 components of an operable switch. This body could then be installed onto an airsoft toy Glock for cosmetic purposes.  The following link provides an example:

https://www.survivalops.com/product/full-auto-and-select-fire-glock-kits/.



30.     A reasonably trained law enforcement officer charged with investigating Title 26 firearms offenses would or should know that a dual-use exists for Glock switches. It's simple to deduct that the outer part (body) is available and could be used cosmetically. It is also reasonable to deduct that hobbyists/airsoft collectors would like to use them cosmetically.

31.     I know first-hand that ATF trains other federal law enforcement agencies, including DHS, about firearms, because they are the agency with primary jurisdiction over the federal firearm laws, and because ATF includes the Firearm and Ammunition Technology Division which is charged with rendering opinions on all technical matters regarding firearms and ammunition. ATF is the federal government's source of information concerning firearms, as it is the agency which issues the licenses for manufacturing, dealing and importation. I also know that ATF trains other federal law enforcement

1  agencies because when I was on staff at the ATF National Academy from 1996-2001 it was part of my

2  job to teach firearm technology and importation issues to U.S. Customs Inspectors.

3        32.    My company, the IFSA (www.GunLearn.com) teaches these details. I formed this

4  company to fill the knowledge gap between what ATF teaches and what is in my opinion, needed to be

5  known to become fully competent in the field of firearm enforcement. I discovered this knowledge-gap

6  after I co-wrote the lesson plans at the ATF National Academy in 1998, which are still used today. We

7  offer a training program which gives a learner a comprehensive training program and gives them the

8  opportunity to become fully competent in the field of firearm enforcement. Some of the things that we

9  teach about Glock switches are that they're easily obtainable online, and that they're advertised as

10  being for airsoft. In my company's training, we advise Agents and Police Officers to independently

11  educate themselves about the use of firearms and the trafficking of them by researching the internet

12  and reading forums in which gun enthusiasts post. It is incumbent on Agents and Officers in the field

13  to educate themselves regarding the real-world interests and activities of the people and communities

14  they are charged with investigating, in order to better fulfill their duties, and to assist them in

15  differentiating between law-abiding and potentially criminal behavior.

16        33.    Please further note that the switch at issue was patented on 1/6/98, twelve years after the

17  debut of the Glock pistol, (US Patent #5705763 FIRE SELECTOR SYSTEM FOR SELECTING

18  BETWEEN AUTOMATIC AND SEMIAUTOMATIC OPERATION OF A GUN). The switch has

19  never been adopted nor authorized by Glock, probably because they already had and still have a full-

20  auto model. However, despite the fact that any machinegun invented since 5/19/86 is not legal for sale

21  to civilians, the switch (which ATF considers a "machinegun") is legal to make, possess, and sell to

22  licensed dealers of machineguns, and by government law enforcement agencies for issue to their

23  employees. But this very limited availability is exactly why many gamers would highly desire to have

24  the aftermarket type of switch visible on their pistol. Even though it would not change the way the toy

25  operates, it would give them the look that based on the ATF's current interpretation of "machinegun,"

26  only a licensed machinegun dealer or a federal Agent could legally obtain. Conversely, it would highly

27  appeal to those who want to emulate the "gangster look" by giving their toy the "illegal" look of a

28  clandestinely-converted machinegun.

1       I declare under penalty of perjury of the laws of the United States that the foregoing is true and

2  correct, except for those matters stated on information and belief, and as to those matters, I am

3  informed and believe them to be true.

4       Executed this 6ᵗʰ Day of July, 2021, in _Tarpon Springs, FL_.

6                      DANIEL O'KELLY

# EXHIBIT A

# RESUME OF
# DANIEL G.  O'KELLY
## DIRECTOR
## INTERNATIONAL FIREARM SPECIALIST ACADEMY, INC.
### GUNLEARN.com

### FIREARM EXPERT/CONSULTANT

---

**PO Box 338**                                                            **(813) 422-4674 phone**
**Lake Dallas, Texas 75065**
**E-mail: Info@GunLearn.com**
**Website: www.GunLearn.com**

---

**EDUCATION:**

College: -Valparaiso University, Valparaiso, Indiana
Attended from fall 1974 through Spring of 1975.
-Indiana University
Transferred to Indiana University in fall 1975 and
graduated January, 1981 (Bachelor's degree).

**EXPERIENCE:**

I have over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. I have examined well over 100,000 firearms and even more pieces of ammunition. I've been involved in numerous investigations concerning them, and I have testified continually in criminal & civil cases in State, Superior, Circuit, District and Federal Courts since 1978. I have been recognized as an expert witness in Federal and State courts since 1990 and have given numerous depositions in criminal and civil cases. I have testified and/or consulted as an expert on the topics of use of force, self-defense with a firearm, ballistics, gunshot residue, interstate nexus, federal and state firearm regulations, trade dress, ATF rulings, ATF compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death. My testimony and resulting wins in several federal cases from 2014 though 2019 resulted in the Bureau of ATF ongoing 2-5 year rewrite of the definition of a firearm "frame or receiver", as the definition that they have applied for 48 years does not match 60% of the firearms on the market.

I am one of only two ATF Agents who have performed an undercover investigation of illicit international firearm trafficking in Europe, and was the undercover Agent in the investigation of international arms dealer Efraim Diveroli, a case which resulted in the 2016 movie "War Dogs". Since 1996 I have been a full-time instructor of most facets of the field of firearms, including ballistics, forensics, ATF compliance and regulations, markings, manufacture, classification, and

Resume of Daniel G. O'Kelly
July 7, 2021  Page 2

specialize in establishing the interstate nexus of firearms and ammunition in federal court. I have taught these topics countless times from coast to coast, and several times each, in Europe and Africa, and am a Technical Advisor to the Association of Firearm and Tool Mark Examiners, as well as an Advisory Board Member of the Sonoran Desert Institute. I co-wrote the lesson plans for the ATF National Academy, and the firearm technology and compliance training program for Cabela's, Inc., which was the largest firearm retailer in the world. I also served for two years as one of Cabela's corporate ATF Compliance Managers. My training is also approved as continuing education by the American Board of Medico-legal Death Investigators and the International Association for Identification, and I am a contracted instructor for the FBI. I also am a firearm designer and hold a patent, as registered with the U.S Patent Office.

**WORK EXPERIENCE:**
          11/11 to Present:     **DIRECTOR & CONSULTANT**
                              International Firearm Specialist Academy
                              Denton, Texas

Self-employed consultant with a staff of fellow consultants, specializing in firearms and forensics-related services for law enforcement, the legal profession, the firearm industry, and the insurance industry.

Clients include civil Attorneys, prosecuting and defense Attorneys, law enforcement agencies and individual law enforcement personnel, licensed firearm dealers, manufacturers, importers and collectors.

Services offered include firearm and ammunition identification, certification as an accredited Firearm Specialist, training seminars on firearm technology, subject-matter expert court testimony, shooting scene reconstruction, shooting accident investigations & reconstructions, gun safety & design-related consultations, ATF compliance consultation and examinations/audits, armorer schools, range instruction, tool mark examinations, crime scene examinations & reconstruction, general criminalistics related examinations, gunshot residues issues, distance determination examinations, forensic pathology casework consultations, etc.

          11/11 to 12/13:       **CORPORATE SENIOR MANAGER**
                              **FIREARM COMPLIANCE TEAM**
                                   Cabela's, Inc.
                                   Sidney, Nebraska

Responsible for the auditing and inspection of the firearm departments of the company's 50 stores. This was in order to ensure and maintain ATF compliance, for one of the world's largest firearm retailers.  I also co-wrote and delivered their training program to hundreds of employees on firearm ID, ATF compliance, Ammunition, the Gun Control Act and the National Firearms

2

Resume of Daniel G. O'Kelly
July 7, 2021  Page 3

Act.

03-01 to 11/11:        **ATF SENIOR SPECIAL AGENT**
                               Tampa, Florida

Duties included investigations of violations of the federal gun laws and explosives laws, bombings, arsons and undercover investigations of organized crime. Further, it included firearm interstate nexus determinations and the teaching of same, firearm technology determinations, court testimony, and the training of ATF Agents and Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office, for testimony on firearm matters.

05/02 to 05/03:        **FIREARM INSTRUCTOR COORDINATOR (as ATF Agent)**
                               Tampa Field Division, Florida

During my tenure as an ATF Agent in Tampa, I served for 2 years in this capacity also. Duties included the firearm training of ATF personnel for the northern 2/3 of the State of Florida. This supervisory responsibility included:
- Firearm identification
- Ammunition casing, bullet and cartridge identification
- Firearm Interstate Nexus determinations for U.S. District Court
- NFA firearm examinations/determinations
- Oversight of 15 Range Instructors
- Maintenance of the firearm training budget, maintenance of over 200 firearms
  in inventory and maintenance of over 50,000 rounds of ammunition
-Assisting U.S. Attorneys and other Agents in firearm and ballistics related
  determinations
- Teaching seminars statewide, to thousands of police, legal, medical, and other
  personnel, on firearm and ammunition- related topics.
- Made determinations as to whether an item is a non-gun vs. a firearm, according
  to Title 18 and Title 26, U.S. Code
- Performed function checks on firearms as to their ability to fire
- Acted as the Armorer/repairman for all duty-issued firearms
- Purchased supplies- ammunition, equipment, etc... as needed
   for the Field Division.
- Testifying in court (local, state, and Federal) concerning my examinations.
   (several hundred times at last count).


01-96 to 03/01  **ATF SENIOR SPECIAL AGENT/ PROGRAM MANAGER**
                        ATF National Academy
                        Glynco, Georgia

3

Resume of Daniel G. O'Kelly
July 7, 2021  Page 4

I was the Chief Firearm Technology Instructor at the ATF National Academy, where I wrote and co-wrote the entire firearm technology course of study that is still taught to new Agents and compliance Investigators. I also instructed courses for U.S. Customs on firearm importation. I also was custodian of the firearm reference vault which contained over 800 firearms, including numerous NFA firearms. It was my duty to maintain, repair and have a teaching-level familiarity with the operation of all of them.

I also became certified by ATF as an Interviewing (Train-The Trainer) Instructor, and administered several Interviewing Schools around the U.S., as sponsored by the ATF National Academy. I also served as the Program Manager of ATF's Undercover School during 1998-99. I delivered and co-instructed numerous 2-week undercover courses to State, Local and Federal law enforcement officers, including ATF.

03-00 to 5-00      **Temporary Duty as Supervisory ATF Resident Agent-in-Charge**
                              Wilmington, Delaware

Tasked with correcting the multitude of problems in a rogue office which was being considered for closure due to the many failures of its Agents. Success was achieved in only six weeks as the Agent in Charge of the State of Delaware, resulting in my being awarded for Special Service by the Baltimore Field Division.

09-88 to 01-96      **ATF SPECIAL AGENT**
                              Merrillville, Indiana

Duties included investigations of violations of the federal gun law, explosives laws, bombings, arsons and organized crime. Heavy emphasis was given to undercover investigations of armed narcotics dealers and organized crime. Further, duties included firearm interstate nexus determinations, firearm technology determinations, court testimony, and the training of ATF Agents, Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office for testimony on technical firearm matters.

03-77 to 09-88          **POLICE OFFICER**
                              **Porter County, Indiana**

Duties included public safety and service, investigations and arrests for violations of municipal ordinances, State and Federal law.  Also included was routine traffic patrol, and answering calls and taking reports of crimes. I served also as department firearm range instructor, providing range oversight, and classroom instruction. I also served for two years in a full-time undercover capacity attached to the Porter County Drug Unit. My duties there were to make purchases of narcotics, firearms and other contraband and investigate the perpetrators. I served the last two

4

Resume of Daniel G. O'Kelly
July 7, 2021  Page 5

years as a Detective Corporal, doing follow-up investigation of everything from misdemeanors to violent felonies.

**Specialized Training:**
- Attend the CMP M1 Advanced Maintenance Class, Anniston, AL – 7/20
- Tour of Franklin Armory manufacturing plant in Minden, NV – 9/18
- Recognizing an 80% Receiver in Casework (AFTE 2018 - Kingery) – 6/18
- Tour of LRB firearm manufacturing facility Floral Park, NY - 1/18
- Tour of the Museo Del Ejercito (Army Museum) in Toledo, Spain – 9/17
- Tour of the Imperial War Museum London, England – 9/17
- Tour of War and Peace Museum Oban, Scotland – 9/17
- Staged Homicide Crime Scenes seminar (Forensic Pieces) - 5/17
- Shooting Incident Reconstruction Course (40 hours, by Tritech Forensics) - 5/17
- Tour of Military Musem Menege (Finnish Government Military)
  museum in Suomenlinna, Finland - 9/16
- Tour of Armemuseum (Swedish Government Military) museum in
  Stockholm, Sweden – 9/16
- Barrel Making Techniques (AFTE 2016 – Offringa) -6/16
- The Silencer in Court for the Expert Witness (ATF FTB – Kingery) - 4/15
- The Machineguns and Machinegun Conversions (ATF FTB – Kingery) - 4/15
- Tour and research at HS Precision Rifles mfg. facility in
  Rapid City, SD, and Dakota Arms mfg. facility in Sturgis, SD – 2013

 -Tour and research at Connecticut Shotgun in New Britain, CT., and Charter Arms in Sheldon,
   CT. – 2013
  -Tour and research at STI Firearms mfg. facility in Austin, TX.- 2013
  - Tour and research at North American Arms in UT. - 2013
  - International Exchange of Military Technology, Titusville, FL - 2012
  - Tour and research at Patriot Ordnance Factory, Phoenix, AZ. – 2012
  -Tour and research at Arms Tech Ltd. in Phoenix, AZ. - 2012
  -Tour and research at Windham Weaponry in Windham, ME.- 2012
  -Armorer training, Kimber Firearms, West Palm Beach, FL. – 2011
  -Tour and research at the Bundesamt fur Wehrtechnick und Beschaffung (BWB) (Federal
   Office of Defense Technology and Procurement) in Koblenz, Germany. – 2010
  -Armorer training, DS Arms (FAL), Springfield Armory (XD), and Smith & Wesson (M&P),
   San Antonio, TX. - 2010
  -Tour and research at Kel-Tec CNC Industries, Cocoa Beach, FL. – 2009
  -Tour and research at Diamondback Arms, Titusville, FL. - 2009
  -Tour and research at the German Police (BKA) firearm technology reference collection,
   Wiesbaden, Germany - 2005
   -Tour and research at Vektor Firearms factory, and the New Generation Ammunition Factory,
    Pretoria, South Africa. – 2004
    - Remington Armorer School (870, 1187 and 700), Cape Girardeau, Missouri. – 2003

Resume of Daniel G. O'Kelly
July 7, 2021  Page 6

- Tour and research at MFS ammunition factory, Sirok, Hungary. – 2003
- International Association of Law Enforcement Firearm Instructors (IALEFI) annual training conference, Orlando, Florida. – 2003
- Tour and research at Sellier & Bellot ammunition factory, Vlasim, Czech Republic. – 2003
- Tour and research at the U.S. Military Academy firearm museum at West Point, NY. – 2003
- Firearm Instructor Recertification/Enhancement Workshop, ATF Special Operations Division, Orlando, Florida. – 2002
- Colt Armorer school (AR-15/M-16/M-4 series), (Model O pistols), Fairfax, Virginia. – 2002
- Beretta Armorer school (model 92/96), San Diego, California. – 2002
- Fabrique Nationale Herstal (FNH) Armorer school (P90) San Diego, California. – 2002
- Tour and research at Pretoria Metal Pressings (PMP) ammunition factory, Pretoria, South Africa. - 2002
- Tour and research at Vektor firearm mfg., Pretoria, South Africa.- 2002
- IALEFI Training Conference, San Diego – 2002
- Tour and research at Fegarmy firearm factory (2nd tour), Budapest, Hungary. -2001
- Tour and research at the Hungarian Police Laboratory firearm reference collection, Budapest, Hungary -2001
- Tour and research at Ceska Zbrojovka (CZ) firearm factory (my 2nd tour) and the Czech government Proof House, Uhersky-Brod, Czech Republic. – 2001
- Tour and research at Glock firearm factory (my 2nd tour), Deutsch-Wagram, Austria. -2001
- Tour and research at the Vienna proof house in Deutsch- Wagram, Austria. – 2001
- Tour and research at Carl Walther firearm factory (my 2nd tour), Ulm, Germany. - 2001
- Tour and research at the government proof house, Ulm, Germany – 2001
- Tour and research at Heckler & Koch firearms (my 2nd tour), Oberndorf, Germany. -2001
- Tour and research at Sig-Sauer firearms (my 2nd tour), Eckernforde, Germany. – 2001
- Tour and research at the Kiel proof house, Eckernforde, Germany – 2001
- Tour and research at the Fabrique Nationale (FN) firearm Factory, Liege, Belgium. -2001
- Tour and research at the government proof house, Liege, Belgium -2001
- Tour and research at the Austrian Police Headquarters Waffen Referat (Weapons Reference Collection), Vienna, Austria. – 2001
- Tour and research at the Heeresgeschichten (Military History) Museum, Vienna, Austria. – 2001
- ATF Youth Crime-Gun Interdiction Initiative Instructor school, Washington, D.C. – 2000
- Tour and research (my 2nd tour) at the Heeresgeschichtlichen (Military History) Museum, Vienna, Austria. – 1999
- ATF Advanced Firearm Interstate Nexus course on ammunition manufacturing. Included tours and research at Hornady in Grand Island, Nebraska, 3D in Doniphan, Nebraska, Lake City Army Ammunition Depot in Independence, Missouri, Starline Brass and Sierra Bullets in Sedalia, Missouri, and the Winchester-Olin ammunition plant in East Alton, Illinois - 1999
- ATF Advanced Firearm Interstate Nexus course on firearm manufacturing. Included tours and research at Sturm-Ruger (my 2nd tour) and Pine Tree Castings in New Hampshire, Smith & Wesson and Springfield Armory in Massachusetts, and Colt and Mossberg in Connecticut. – 1998

6

Resume of Daniel G. O'Kelly
July 7, 2021  Page 7

- Sturm-Ruger Armorer course (Mini-14, Police Carbine, P89, P95) Newport, NH – 1997
- Tour and research at Sturm-Ruger firearm factory, Newport, New Hampshire. - 1997
- Tour and research at Pine Tree (firearm) Castings facility, Newport, New Hampshire. – 1997
- Tour and research at Ceska Zbrojovka (CZ) firearm factory in Uhersky-Brod, Czech Republic. - 1997
- Tour and research at Steyr firearm mfg. plant, Steyr, Austria.- 1997
- Tour and research at the Fegarmy' firearm mfg. plant, Budapest, Hungary. – 1997
- Tour and research at Glock pistol mfg. plant, Deutsch- Wagram, Austria. 1997
- Heckler & Koch Armorer, Sterling, Virginia. – 1996
- Sig-Sauer Armorer course (P225, P226, P228) Fort McClellan, Alabama. – 1996
- Reid Interviewing Seminar – 1996
- ATF Interviewing Instructor and Neuro-Linguistic Programming School – 1996
- SIMUNITIONS Scenario-Based (Train the Trainer) Seminar – 1996
- Tour and research at Sig-Sauer mfg plant, Eckernforde, Germany, - 1995
- Tour and research at Carl Walther firearm mfg. plant, Ulm, Germany, where I consulted on development of the model P99 pistol. – 1995
- ATF Advanced Arson and Explosives Investigation School – 1995
- Violent Crime/Homicide Investigation School (USDOJ) – 1994
- Tour and research at the Ministry of Defense, Pattern Room, Nottingham, England.  – 1994
- Tour and research at Holland & Holland, Ltd., firearms London, England. – 1994
- Bureau of ATF Academy Instructor Certification – 1994
- Glock Armorer Course, Springfield, Illinois. – 1993
- Advanced Interviewing and Interrogation (Portage PD)- 1992
- Sig-Sauer Armorer Course, Greenwood, Indiana. - 1990
- FLETC Distinguished Weapons Expert Certification – 1990
- ATF Basic Firearm Interstate Nexus course, Washington D.C., (included examination of over 4,500 firearms) - 1990
- Firearm Instructor certification course at the Federal Law Enforcement Training Center, Marana, AZ. – 1990
- New Agent Training at the Federal Law Enforcement Training Center, Glynco, Georgia. – 1988
-Criminal Investigator School, at the Federal Law Enforcement Training Center, Glynco, Georgia. – 1988
- Smith & Wesson Revolver Armorer Course, Kent State University -1987
- Smith & Wesson's Scope -Sighted Rifle School - 1987
- Indiana L.E. Training Board, Instructor Certification – 1987
- Aerko International Chemical Weapons Specialist School, Camp Atterbury, Indiana. – 1987
- NRA Police Firearms Instructor Certification - 1985
- FBI Hostage Negotiator School – 1984
- Firearm Instructor Training Course at the Indiana Law Enforcement Academy, Plainfield, IN. – 1982
- Monadnock PR-24 Police Baton (Portage PD) – 1981
- Police Officer Street Survival (L/SPSTC) – 1981

Resume of Daniel G. O'Kelly
July 7, 2021  Page 8

- Chemical Tests for Intoxication Certification (ILEA) - 1979
- Police Officer Certification, Indiana Law Enforcement Academy, Plainfield, Indiana. – 1979
- NRA Police Expert (Range Qualification) - 1978

**PROFESSIONAL AFFILIATIONS**

NSSF (The National Shooting Sports Foundation)
ARIN (ATF's Ammunition Research and Identification Network)
IAA (The International Ammunition Association)
NDIA (The National Defense Industrial Association)
IALEFI (The International Association of Law Enforcement Firearm Instructors)
NRA (The National Rifle Association)
ABMDI (Association of Medico-legal Death Investigators)
PEAF (Property an Evidence Association of Florida)
FDIAI (Florida Division- International Association of Identification)
IAI (International Association for Identification – National Chapter)
ILEETA (International Law Enforcement Educators and Trainers Association)
AFTE (Association of Firearm and Tool Mark Examiners)

**PRESENTATIONS**

1. Certified Firearm Specialist Course FBI (3-day seminar) – Little Rock, AR 5/21
2. Certified Firearm Specialist Course FBI (3-day seminar) – Kansas City, MO 8/19
3. Certified Firearm Specialist Course FBI  (3-day seminar) – Las Vegas, NV 8/19
4. Certified Firearm Specialist Course (3-day seminar) – St. Louis, MO 8/19
5. Certified Firearm Specialist Course FBI  (3-day seminar) – Charlotte, NC 7/19
6. Certified Firearm Specialist Course (3-day seminar) – Oceanside, CA 7/19
7. Certified Firearm Specialist Course FBI (3-day seminar) – San Antonio, TX 7/19
8. Certified Firearm Specialist Course FBI (3-day seminar) – New Haven, CT 6/19
9. How to Identify "Other" Firearms – AFTE 50th Annual Conf. Nashville, TN 5/19
10. Machineguns and Clandestine Conversions – Nashville Police Department/AFTE 5/19
11. Certified Firearm Specialist Course Seattle, WA – 5/19
12. Certified Firearm Specialist Course Orlando, FL – 5/19
13. Certified Firearm Specialist Course Skokie, IL – 4/19
14. Advanced NFA Firearm Training – Houston, TX 6/18
15. "Other Firearms" (AFTE 2018) - Charleston, WV  6/18
16. Firearm Technology and Specialist Training (3-day seminar) – Boston, MA 5/18
17. Firearm Technology and Specialist Training (3-day seminar) – Brighton, CO 4/18
18. Firearm Technology and Specialist Training (3-day seminar) – Santa Cruz, CA 3/18
19. Firearm Technology and Specialist Training (3-day seminar) – Floral Park, NY 1/18
20. Firearm Technology and Specialist Training (3-day seminar) – Oceanside, CA 11/17
21. Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL 11/17
22. Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO 8/17

8

Resume of Daniel G. O'Kelly
July 7, 2021  Page 9

23. Firearm Technology and Specialist Training (3-day seminar) – Kissimmee, FL 6/17
24. Firearm Technology and Specialist Training (3-day seminar) – Seattle, WA – 4/17
25. Firearm Technology and Specialist Training (3-day seminar) – Chicago, IL – 4/17
26. Firearm Technology and Specialist Training (3-day seminar) – Escondido, CA – 10/16
27. Firearm Technology and Specialist Training (3-day seminar) – Ft. Myers, FL – 10/16
28. Home-made Firearms, Silencers, Disguised Firearms, and Court Testimony – SWAFS - Galveston, TX - 9/16
29. Firearm Classification and Markings – IAI/Cincinnati, OH – 8/16
**30.** Certified Firearm Specialist Course (3-day seminar) – FDLE Jacksonville, FL - 7/16
**31.** Firearm Technology and Specialist Training (3-day seminar) – New Jersey St. Police – 7/16
**32.** Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL PD - 7/16
**33.** Firearm Technology and Specialist Training (3-day seminar) – CSI Academy Alachua, FL – 7/16
34. Firearm Classification and Markings – AFTE/New Orleans, LA – 6/16
**35.**  Discerning real guns from fakes with video/photo evidence – AFTE/New Orleans, LA – 5/16
**36.** Firearm Technology and Specialist Training (3-day seminar) – Santa Fe, NM – 5/16
**37.** Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO – 4/16
**38.**  Firearm Technology and Specialist Training (3-day seminar)– Seattle, WA – 4/16
**39.** Firearm Technology and Specialist Training (3-day seminar) – Miami, FL – 1/16
**40.** Firearm Technology and Specialist Training (3-day seminar) – Biddeford, Maine – 1/16
**41.** Firearm Technology and Specialist Training (2-day seminar) – Jacksonville, FL – 9/15
**42.** Firearm Technology and Specialist Training (2-day seminar) – Windham, Maine – 8/15
**43.** ATF Firearm Licensee Compliance; Jeffersonville, IN – 8/15
**44.** Firearm Technology and Specialist Training (2-day seminar) –Pensacola, FL PD – 7/15
**45.** Firearm Technology and Specialist Training (2-day seminar) - Kissimmee, FL – 7/15
**46.** Firearm Technology and Specialist Training (2-day seminar) – Seattle, WA - 5/15
**47.** Firearm and Ammunition Classification – PNWIAI Conference – Portland, OR 5/15
**48.** Firearm Technology and Specialist Training (2-day seminar) – Miami, FL – 3/15
**49.** Firearm Technology and Testimony (2-day seminar) – Orange Beach, AL - 11/14
**50.** Firearm Technology and Testimony (2-day seminar) – Albuquerque, NM – 10/14
**51.** Basic Firearm Technology and Testimony – Ft. Myers, FL – 7/14
**52.** Advanced Firearm Technology – Institute of Military Technology – Titusville, FL. 10/12
**53.** Firearm Recognition/Handling/Testimony – Orange Co. Sher. Ofc. – Orlando, 7/5/12
**54.** Firearm Recognition/Handling/Testimony – Florida Dept. of Law Enf. - Orlando, 6/4/12
**55.** Firearm ID – How to Read a Gun – Florida Assn. of Lic. Inv. – Tampa, FL 6/11/11
**56.** Firearm Hist. and Development – A Primer/ Becoming an Expert – W. P. Bch, FL, 5/26/11
**57.** Contributor to the book **Cartridges & Firearms Identification** by Robert Walker, ISBN #9781466502062 – 2010
**58.** Firearm Technology and Enforcement – Int'l LE. Academy – Budapest, Hungary, 7/10
**59.** Crime-Gun Safety, Recognition and Handling – Daytona Beach Police Department, 09/09
**60.** Crime-Gun Safety, Rec. and Handling – Brevard County, FL Sheriff's Office, 06/09

Resume of Daniel G. O'Kelly
July 7, 2021  Page 10

**61.** <u>Ammunition Technology</u> – Property and Evidence Association of Florida, Orlando, 02/09
**62.** <u>Firearm Interstate Nexus</u> – ATF and South African Police Service - Orlando, FL, 01/09
**63.** <u>Industry Operations Investigator Basic Course</u> – Glynco, GA, 10/07
**64.** <u>Firearm Technology and Enforcement</u> – Gabarone, Botswana (Africa), 08/07
**65.** <u>Small Arms Trafficking</u> – ILEA – Gabarone, Botswana (Africa), 08/07
**66.** <u>Firearm Recognition, Technology and Anti-Smuggling</u> – ILEA Budapest, Hungary, 12/08
**67.** <u>Firearm Recognition/Technology</u> – Orange County Sheriff Orlando, FL 08/08
**68.** <u>Crime-Gun Rec., Handling, Tech. and Prosecution</u> – FDIAI – Panama City, FL, 11/05
**69.** <u>Reloading Metallic Cartridges</u> - Florida Dept. Of Law Enforcement – Tampa, FL 03/08
**70.** <u>New Developments in Ammunition</u> – FDLE Orlando, FL, 10/04
**71.** <u>Firearm Technology and Enforcement</u> – Gabarone, Botswana (Africa), 09/04
**72.** <u>Small Arms Trafficking</u> – ILEA – Gabarone, Botswana (Africa),
**73.** <u>Man-Portable Air Defense Systems</u> – Florida Intelligence Unit – Daytona Bch, FL 07/04
**74.** <u>Reloading Metallic Cartridges</u> - Florida Dept. Of Law Enforcement – Tampa, FL, 08/03
**75.** <u>Firearm Recognition, Technology and Anti-Smuggling</u> – ILEA Budapest, Hungary, 06/03
**76.** <u>Firearm Technology and Enforcement</u> – Gabarone, Botswana (Africa), 08/02
**77.** <u>Firearm Recognition, Technology and Anti-Smuggling</u> – ILEA Budapest, Hungary, 02/97
**78.** <u>Firearm Technology for Law Enforcement</u> Gary, IN, 12/95

## AWARDS & ACHIEVEMENTS

Fraternal Order of Police (Past-President) Westchester Lodge #152 - 1980
Presented Distinguished Weapons Expert Award by FLETC - 1990
Presented Special Act or Service Award by ATF - 1993
Presented U.S. DOJ Award for Public Service by U.S Attorneys Office - 1995
Presented Special Act or Service Award by ATF - 1999
Presented Special Act or Service Award by ATF - 2000
Presented Certificate of Appreciation by ATF National Academy – 2001
Presented Special Act or Service Award by ATF - 2002
Presented Award for Educational Support by PEAF - 2005
Invited to join ATF's ARIN (Ammunition Research & ID Network) –  2005
Featured Speaker- "<u>Firearm Technology</u>"- Property and Evidence Association of
Florida Annual Conference - 2006
Research of ammunition company history determination on interstate nexus,
on metallic cartridges found in the State of Florida.- 2009
Presented IALEFI Guest Instructor Award - 2010
Invited onto the Advisory Board of the Sonoran Desert Institute – 2014 - Present
Recognized as a Technical Advisor to the Assn. of Firearm and Tool Mark Examiners –
2017 - Present