1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney

5
   DANIEL N. KASSABIAN (CABN 215249)
6  Special Assistant United States Attorney

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        FAX: (408) 535-5066
9       michael.pitman@usdoj.gov
        daniel.kassabian@usdoj.gov

10
   Attorneys for United States of America

11
                    UNITED STATES DISTRICT COURT

12
                 NORTHERN DISTRICT OF CALIFORNIA

13
                        SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,              )   CASE NO. 20-cr-00223 LHK
                                           )
16          Plaintiff,                     )   **DECLARATION OF DANIEL N. KASSABIAN**
                                           )   **IN SUPPORT OF UNITED STATES OF**
17      v.                                 )   **AMERICA'S OPPOSITION TO DEFENDANT'S**
                                           )   **MOTION TO SUPPRESS EVIDENCE**
18  RANDALL FREITAS,                       )
                                           )   Date:    September 8, 2021
19          Defendant.                     )   Time:    9:15 a.m.
                                           )   Place:   Courtroom 8
20  ─────────────────────────────────

21

22

23

24

25

26

27

28

KASSABIAN DECL.
20-cr-00223 LHK

I, Daniel N. Kassabian, declare as follows:

1.     I am a Special Assistant United States Attorney in the Northern District of California, licensed and admitted to practice before this Court.  I am one of the counsel of record for the government in this case.  I submit this declaration in support of the government's Opposition To Defendant's Motion To Suppress Evidence [ECF 41].

2.     Attached hereto as **Exhibit 1** are true and correct copies of photos provided by Homeland Security Investigations (HSI) Special Agent Lou Strickland, and disclosed to the defense as discovery, of the mail package and contents thereof from China to Randall Freitas's residence that U.S. Customs and Border Protection intercepted at the San Francisco International Mail Facility.

3.     Attached hereto as **Exhibit 2** are true and correct copies of photos provided by SA Strickland, and disclosed to the defense as discovery, that were taken during government agents' search of Mr. Freitas's residence on April 2, 2019.

4.     Attached hereto as **Exhibit 3** is a true and correct copies of an HSI report provided by SA Strickland, and disclosed to the defense as discovery, that shows the items seized from Mr. Freitas's residence.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (commonly known as "ATF") National Firearms Act Handbook, which is published in full at https://www.atf.gov/files/publications/download/p/atf-p-5320-8/atf-p-5320-8.pdf.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of an ATF Technical Bulletin 17-04 regarding Glock conversion devices that was provided to me by ATF SA Mai Nguyen with permission to disclose it in this filing.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 5,705,763, which is published and available on the U.S. Patent and Trademark Office's by searching for it at https://patft.uspto.gov/.

8.     Attached hereto as **Exhibit 7** is a true and correct copies of an HSI report provided by SA Strickland, and disclosed to the defense as discovery, that shows SA Strickland's searching online for "Ace Cuzz."

9.      Attached hereto as **Exhibit 8** is a true and correct copies of screen shots of two of the pages of the YouTube site for "Ace Cuzz" currently at https://www.youtube.com/user/ayexace/videos.

10.     Individuals' dates of birth and addresses in Exhibits 1, 3, and 7 are redacted per Federal Rule of Criminal Procedure 49.1(a).  An unredacted version is not being filed because this information is either not material to the exhibits' content that is submitted in support of the government's Opposition, or the same information is already provided in sealed filings of the Defendant's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this thirtieth day of July 2021 at San Francisco, California.


_____/s/_____
Daniel N. Kassabian

EXHIBIT 1

US-000147



**F**

中国邮政
CHINA POST

UNITED STATES
POSTAL SERVICE
ePacket™

Airmail
Postage Paid
China Post

**2F**

From:
Long zhu

Shanghai SHANGHAI 201601
CHINA   (6580426)

Customs information available on attached CN22
USPS Personnel Scan barcode below for delivery event information

ZIP 95131

ACE CUZZ

**TO:**

SAN JOSE CALIFORNIA  95131
UNITED STATES

📞  4088893775

**USPS TRACKING #**

LW 127 223 415 CN

**18**

# EXHIBIT 2



US-000134



US-000136





US-000138

EXHIBIT 3




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST    Page 1 of 25

# Search Warrant at ███████████████, San Jose, CA

## Incident Overview

| | |
|---|---|
| **Topic/Title** | Search Warrant at ██████████, San Jose, CA |
| **Document Number** | SN03BE19SN0003-IN002 |
| **SEACATS Incident Number** | 2019SZ0066925 |
| **FP&F Case Number** | 2019283400006801 |
| **Incident Type** | SZ - SEIZURE |
| **Port Code** | 2834 - SAN JOSE |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Seizure Date** | 04/02/2019 17:00 |
| **Contributing Info Indicator** | Yes |
| **Contributing Info** | 3 I - CBP - INSPECTOR |
| **SEACATS Incident ID** | 4144707 |
| **Enforcement Action ID** | 4140395 |
| **SEACATS Status Code** | 08 - Approved |
| **Occurence Date and Time** | 04/02/2019 17:00 |

## Seizure Details

| | |
|---|---|
| **Seizing Agency** | |
| Agency/Unit/Group | HSI - HSI Special Agent |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000012



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                                                  Page 2 of 25

| Seizing Participating Agency | |
|---|---|
| Agency/Unit/Group | ATF - BUREAU OF ALCOHOL, TOBACCO, & FIREARMS |
| **Seizing Participating Agency** | |
| Agency/Unit/Group | POS - POSTAL SERVICE |

## Violator Information

| Violator Type | INDIVIDUAL |
|---|---|
| **Suspect Name** | |
| Last | FREITAS |
| First | Randall |
| Middle | Benjamin |
| **Date of Birth** | ▮▮▮▮▮▮ |
| **Gender** | |
| Gender | M - MALE |
| **Race** | A - ASIAN |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | H - HOME/RESIDENCE |
| **Address** | |
| Address | ▮▮▮▮▮▮▮▮ |
| City | San Jose |
| State | CA - CALIFORNIA |
| Postal Code | 95131 |
| Country | USA - United States |

## Seizure Line Item Statistics

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST

Page 3 of 25

| | |
|---|---|
| **Incident Line Item Number** | 1 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|    Category | OTH - General MDS/Other |
|    Type | CEL - Mobile Comm Devices |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Black iPhone |
| **Manufacturer** | Apple |
| **Model** | 1660 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
|    Type | SZ - SEIZURE |
|    Date | April 2, 2019 |
|    Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 2 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|    Category | OTH - General MDS/Other |
|    Type | CEL - Mobile Comm Devices |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | White Galaxy Note 3 |
| **Manufacturer** | Samsung |
| **Make** | Galaxy |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000014



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

03/05/2020 17:22 EST                                                                          Page 4 of 25

| Model | Note 3 |
|---|---|
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 3 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ADP - Computer |
| Type | TAB - Tablet |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Black LG tablet |
| **Manufacturer** | LG |
| **Model** | LG-VK |
| **Serial Number** | ZNFK410 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 4 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000015




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                          Page 5 of 25

| Line Item Type | |
|---|---|
| Category | OTH - General MDS/Other |
| Type | CLG - Clothing |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Jersey with "Ace Cuzz" printed on it |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 5 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | USPS package |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 6 |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000016




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                                            Page 6 of 25

| Incident Sub-Line Item Number | 0000 |
|---|---|
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | MGN - Machine Gun |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Century Arms Uzi machine gun |
| **Caliber** | 9mm |
| **Manufacturer** | Century Arms |
| **Model** | Uzi |
| **Serial Number** | 2032880 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 7 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | REV - Revolvers |
| **Quantity** | 1 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000017




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

03/05/2020 17:22 EST                                                                                    Page 7 of 25

| | |
|---|---|
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | RG Model 14 Revolver |
| **Caliber** | 22 |
| **Manufacturer** | RG |
| **Model** | 14 |
| **Serial Number** | L479994 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
|     Type | SZ - SEIZURE |
|     Date | April 2, 2019 |
|     Status | Approved |
| **Final Statistic** | |
|     Type | TO - TRANSFER TO ANOTHER AGENCY |
|     Date | April 4, 2019 |
|     Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 8 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|     Category | ARM - Arms/Ammo/Explosives |
|     Type | SBM - Submachine Gun or Machine Pistol |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Glock style pistol with shoulder stock |
| **Caliber** | 9mm |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000018



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





03/05/2020 17:22 EST

Page 8 of 25

| | |
|---|---|
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 9 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | PTL - Pistol |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Glock 34 |
| **Caliber** | 9mm |
| **Manufacturer** | Glock |
| **Model** | 34 |
| **Serial Number** | SKB121 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST

Page 9 of 25

| | |
|---|---|
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 10 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | PTL - Pistol |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Glock 37 |
| **Caliber** | 45 |
| **Manufacturer** | Glock |
| **Model** | 34 |
| **Serial Number** | LKU273 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000020



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





03/05/2020 17:22 EST                                                                 Page 10 of 25

| Final Statistic | |
|---|---|
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 11 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | PTL - Pistol |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Glock 17 |
| **Caliber** | 9mm |
| **Manufacturer** | Glock |
| **Model** | 17 |
| **Serial Number** | BEHG602 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000021

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST

| | |
|---|---|
| **Incident Line Item Number** | 12 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | RFL - Rifle |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Ruger mini-14 rifle |
| **Manufacturer** | Ruger |
| **Serial Number** | 197-10451 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 13 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | RFL - Rifle |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |

| **Case Number** | **Case Title** | **EAGLE Event Number** | **Date Approved** |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000022



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                 Page 12 of 25

| | |
|---|---|
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | SKS style rifle |
| **Caliber** | .762 |
| **Serial Number** | 184847 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
|    Type | SZ - SEIZURE |
|    Date | April 2, 2019 |
|    Status | Approved |
| **Final Statistic** | |
|    Type | TO - TRANSFER TO ANOTHER AGENCY |
|    Date | April 4, 2019 |
|    Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 14 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|    Category | ARM - Arms/Ammo/Explosives |
|    Type | RFL - Rifle |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | AR15 style SBR .223 |
| **Caliber** | 223 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000023



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                                     Page 13 of 25

| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 15 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | RCV - Receivers |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | AR15 style lower receiver |
| **Caliber** | 9mm |
| **Manufacturer** | Century Arms |
| **Model** | Uzi |
| **Serial Number** | none3 |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000024



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                                    Page 14 of 25

| Final Statistic | |
|---|---|
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 16 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | SIL - Silencer (Muffler or Sound Moderator) |
| Quantity | 3 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Suspected silencers |
| Serial Number | N/A |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | TO - Turned over to Another Agency (Pre-Forfeiture) |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| Final Statistic | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 17 |
|---|---|
| Incident Sub-Line Item Number | 0000 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000025



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                    Page 15 of 25

| Line Item Type | |
| --- | --- |
| Category | ARM - Arms/Ammo/Explosives |
| Type | AMM - Ammunition |
| **Quantity** | 102 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | .357 Ammo |
| **Caliber** | .357 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 18 |
| --- | --- |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | AMM - Ammunition |
| **Quantity** | 110 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | .45 Ammo |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
| --- | --- | --- | --- |
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000026



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                                   Page 16 of 25

| | |
|---|---|
| **Caliber** | .45 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
|     Type | SZ - SEIZURE |
|     Date | April 2, 2019 |
|     Status | Approved |
| **Final Statistic** | |
|     Type | TO - TRANSFER TO ANOTHER AGENCY |
|     Date | April 4, 2019 |
|     Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 19 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|     Category | ARM - Arms/Ammo/Explosives |
|     Type | AMM - Ammunition |
| **Quantity** | 479 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | 9mm Ammo |
| **Caliber** | 9mm |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |

| **Case Number** | **Case Title** | **EAGLE Event Number** | **Date Approved** |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000027



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                                     Page 17 of 25

| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| **Incident Line Item Number** | 20 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | AMM - Ammunition |
| **Quantity** | 248 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | .40 Ammo |
| **Caliber** | .40 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000028



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





03/05/2020 17:22 EST

Page 18 of 25

| | |
|---|---|
| **Incident Line Item Number** | 21 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|    Category | ARM - Arms/Ammo/Explosives |
|    Type | AMM - Ammunition |
| **Quantity** | 320 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | 300 AAC Ammo |
| **Caliber** | 300 AA |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
|    Type | SZ - SEIZURE |
|    Date | April 2, 2019 |
|    Status | Approved |
| **Final Statistic** | |
|    Type | TO - TRANSFER TO ANOTHER AGENCY |
|    Date | April 4, 2019 |
|    Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 22 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|    Category | ARM - Arms/Ammo/Explosives |
|    Type | AMM - Ammunition |
| **Quantity** | 397 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000029



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                                     Page 19 of 25

| | |
|---|---|
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | 7.62 Ammo |
| **Caliber** | 7.62 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 23 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | AMM - Ammunition |
| **Quantity** | 39 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | .22 Ammo |
| **Caliber** | .22 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000030



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                          Page 20 of 25

| Property Physical Status | TO - Turned over to Another Agency (Pre-Forfeiture) |
|---|---|
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 24 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | AMM - Ammunition |
| **Quantity** | 284 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | .223 Ammo |
| **Caliber** | .223 |
| **Serial Number** | N/A |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | TO - Turned over to Another Agency (Pre-Forfeiture) |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000031



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                 Page 21 of 25

| Final Statistic | |
|---|---|
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 25 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | ARM - Arms/Ammo/Explosives |
| Type | MGN - Machine Gun |
| Quantity | 6 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Auto switch devices |
| Serial Number | N/A |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | TO - Turned over to Another Agency (Pre-Forfeiture) |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| Final Statistic | |
| Type | TO - TRANSFER TO ANOTHER AGENCY |
| Date | April 4, 2019 |
| Status | Approved |

| Incident Line Item Number | 26 |
|---|---|
| Incident Sub-Line Item Number | 0000 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000032



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST                                                                                    Page 22 of 25

| Line Item Type | |
|---|---|
| Category | DRG - Drugs |
| Type | COC - Cocaine |
| **Quantity** | .6 |
| **Unit of Measure** | GR - GRAM |
| **Domestic Estimated Value** | 0 |
| **Line Item Description** | Suspected Cocaine |
| **Property Legal Status** | SF - Summary Forfeiture |
| **Property Physical Status** | DL - Destroyed by Lab |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | April 2, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | DL - DESTROYED BY LAB |
| Date | February 11, 2020 |
| Status | Approved |

## Narrative

| | |
|---|---|
| **Narrative - Incident Updates** | On April 2, 2019, HSI San Jose with the assistance of USPS and ATF, conducted a controlled delivery of items appearing to be four auto-switch devices and served a search warrant at █████ ███████████, San Jose, CA 95131 after FREITAS accepted the package. During the search, HSI seized ten firearms, including prohibited weapons such as a full-auto Uzi, short-barreled rifles, full-auto Glock style pistols (with auto-switch device installed), three suppressors, approximately two thousand rounds of ammunition and several high capacity magazines. |

## Routing Information

| **Supervisor** | Ezequiel Armendariz |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000033




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

03/05/2020 17:22 EST                                                                    Page 23 of 25

| | |
|---|---|
| **Automatic Distribution Office** | SF - San Francisco, CA |
| **Automatic Distribution Office** | SN - San Jose, CA |
| **Program Code** | GLO - Glock Full Auto Kits |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | Restricted |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000034



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST

Page 24 of 25

## Narrative

On April 2, 2019, HSI San Jose with the assistance of USPS and ATF, conducted a controlled delivery of items appearing to be four auto-switch devices and served a search warrant at ▮▮▮▮▮▮▮▮▮▮▮, San Jose, CA 95131 after FREITAS accepted the package. During the search, HSI seized ten firearms, including prohibited weapons such as a full-auto Uzi, short-barreled rifles, full-auto Glock style pistols (with auto-switch device installed), three suppressors, approximately two thousand rounds of ammunition and several high capacity magazines.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000035



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

03/05/2020 17:22 EST

Page 25 of 25

## Metadata

| | |
|---|---|
| **Document Number** | SN03BE19SN0003-IN002 |
| **Document Status** | Approved |
| **Opened** | 4/3/2019 |
| **Last Updated** | 2/11/2020 |
| **Author** | Lou Strickland<br>1038 - SPECIAL AGENT<br>4086406100 |
| **Owner(s)** | Lou Strickland<br>1038 - SPECIAL AGENT<br>4086406100 |
| **Supervisor** | Ezequiel Armendariz<br>1043 - SUPERVISORY SPECIAL AGENT<br>8054326174 |
| **Approved** | Terrance Stebbins<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>4/4/2019 |

## Case Metadata

| | |
|---|---|
| **Case Title** | Randall FREITAS, et al. |
| **Case Number** | SN03BE19SN0003 |
| **Case Opened** | 3/16/2019 |
| **Case Last Updated** | 11/19/2019 |
| **Approved** | Terrance Stebbins<br>1038 - SPECIAL AGENT<br>3/18/2019 |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| SN03BE19SN0003 | Randall FREITAS, et al. | Not Specified | 4/4/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000036

EXHIBIT 4

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Enforcement Programs and Services

# ATF
# National Firearms Act Handbook



ATF E-Publication 5320.8
Revised: April 2009

## PREFACE

This handbook is primarily for the use of persons in the business of importing, manufacturing, and dealing in firearms defined by the National Firearms Act (NFA) or persons intending to go into an NFA firearms business.  It should also be helpful to collectors of NFA firearms and other persons having questions about the application of the NFA.

This publication is not a law book.  Rather, it is intended as a "user friendly" reference book enabling the user to quickly find answers to questions concerning the NFA.  Nevertheless, it should also be useful to attorneys seeking basic information about the NFA and how the law has been interpreted by ATF. The book's Table of Contents will be helpful to the user in locating needed information.

Although the principal focus of the handbook is the NFA, the book necessarily covers provisions of the Gun Control Act of 1968 and the Arms Export Control Act impacting NFA firearms businesses and collectors.

The book is the product of a joint effort between ATF and the National Firearms Act Trade and Collectors Association.  ATF takes this opportunity to express its appreciation to the Association for its assistance in writing and making this publication possible.

# TABLE OF CONTENTS

## CHAPTER 1.  INTRODUCTION

Sec. 1.1      History of the National Firearms Act (NFA) ……………………………….………………1
    1.1.1      The NFA of 1934
    1.1.2      Title II of the Gun Control Act of 1968
    1.1.3      Firearm Owners' Protection Act
Sec. 1.2      Meaning of terms ...................................................................................................2
    1.2.1      "AECA"
    1.2.2      "ATF"
    1.2.3      "ATF Ruling"
    1.2.4      "CFR"
    1.2.5      "DIO"
    1.2.6      "FFL"
    1.2.7      "FTB"
    1.2.8      "GCA"
    1.2.9      "NFA"
    1.2.10     "NFRTR"
    1.2.11     "SOT"
    1.2.12     "U.S.C."
Sec. 1.3      Administration and enforcement of Federal firearms laws ...............................3
Sec. 1.4      What are regulations and rulings? ......................................................................3
    1.4.1      Regulations
    1.4.2      Rulings
Sec. 1.5      Other ATF publications ......................................................................................3
    1.5.1      ATF's internet website
    1.5.2      ATF P 5300.4
Sec. 1.6      ATF points of contact …………………………………………...………………4
Sec. 1.7      ATF Forms …………………………………………………………...……….……4

## CHAPTER 2. WHAT ARE "FIREARMS" UNDER THE NFA?

Sec. 2.1      Types of NFA Firearms .......................................................................................5
    2.1.1      Shotgun
    2.1.2      Weapon made from a shotgun
    2.1.3      Rifle
    2.1.4      Weapon made from a rifle
    2.1.5      Any other weapon
    2.1.6      Machinegun
    2.1.7      Silencer
    2.1.8      Destructive device
    2.1.8.1    Explosive devices
    2.1.8.2    Large caliber weapons

# CHAPTER 1.  INTRODUCTION

**Section 1.1  History of the National Firearms Act (NFA)**

**1.1.1  The NFA of 1934**.  The NFA was originally enacted in 1934.[1] Similar to the current NFA, the original Act imposed a tax on the making and transfer of firearms defined by the Act, as well as a special (occupational) tax on persons and entities engaged in the business of importing, manufacturing, and dealing in NFA firearms.  The law also required the registration of all NFA firearms with the Secretary of the Treasury.  Firearms subject to the 1934 Act included shotguns and rifles having barrels less than 18 inches in length, certain firearms described as "any other weapons," machineguns, and firearm mufflers and silencers.

While the NFA was enacted by Congress as an exercise of its authority to tax, the NFA had an underlying purpose unrelated to revenue collection.  As the legislative history of the law discloses, its underlying purpose was to curtail, if not prohibit, transactions in NFA firearms.  Congress found these firearms to pose a significant crime problem because of their frequent use in crime, particularly the gangland crimes of that era such as the St. Valentine's Day Massacre.  The $200 making and transfer taxes on most NFA firearms were considered quite severe and adequate to carry out Congress' purpose to discourage or eliminate transactions in these firearms.  The $200 tax has not changed since 1934.

As structured in 1934, the NFA imposed a duty on persons transferring NFA firearms, as well as mere possessors of unregistered firearms, to register them with the Secretary of the Treasury.  If the possessor of an unregistered firearm applied to register the firearm as required by the NFA, the Treasury Department could supply information to State authorities about the registrant's possession of the firearm.  State authorities could then use the information to prosecute the person whose possession violated State laws.  For these reasons, the Supreme Court in 1968 held in the *Haynes* case that a person prosecuted for possessing an unregistered NFA firearm had a valid defense to the prosecution - the registration requirement imposed on the possessor of an unregistered firearm violated the possessor's privilege from self-incrimination under the Fifth Amendment of the U.S. Constitution.[2]  The *Haynes* decision made the 1934 Act virtually unenforceable.

**1.1.2  Title II of the Gun Control Act of 1968.**  Title II amended the NFA to cure the constitutional flaw pointed out in *Haynes*.[3]  First, the requirement for possessors of unregistered firearms to register was removed.  Indeed, under the amended law, there is no mechanism for a possessor to register an unregistered NFA firearm already possessed by the person.  Second, a provision was added to the law prohibiting the use of any information from an NFA application or registration as evidence against the person in a criminal proceeding with respect to a violation of law occurring prior to or concurrently with the filing of the application or registration.[4]  In 1971, the Supreme Court reexamined the NFA in the *Freed* case and found that the 1968 amendments cured the constitutional defect in the original NFA.[5]

---

[1] National Firearms Act, Public Law 474, approved June 26, 1934.
[2] Haynes v. U.S., 390 U.S. 85 (1968).
[3] Gun Control Act of 1968, Public Law 90-618, approved October 22, 1968.
[4] 26 U.S.C. 5848
[5] U.S. v. Freed, 401 U.S. 601 (1971)

Title II also amended the NFA definitions of "firearm" by adding "destructive devices" and expanding the definition of "machinegun."

**1.1.3 Firearm Owners' Protection Act.**  In 1986, this Act amended the NFA definition of "silencer" by adding combinations of parts for silencers and any part intended for use in the assembly or fabrication of a silencer.[6]  The Act also amended the GCA to prohibit the transfer or possession of machineguns.[7]    Exceptions were made for transfers of machineguns to, or possession of machineguns by, government agencies, and those lawfully possessed before the effective date of the prohibition, May 19, 1986.

**Section 1.2 Meaning of terms**. Certain terms and abbreviations used in this book are defined as follows:

**1.2.1** "AECA" means the Arms Export Control Act, 22 U.S.C. 2778.

**1.2.2** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Justice.

**1.2.3** "ATF Ruling" means a formal ruling published by ATF stating its interpretation of the law and regulations as applied to a specific set of facts.

**1.2.4** "CFR" means the Code of Federal Regulations in which Federal firearms regulations are published.

**1.2.5** "DIO" means an ATF Director of Industry Operations responsible for regulating the firearms industry within an ATF field division.

**1.2.6** "FFL" means a Federal firearms licensee, person or entity having a license to import, manufacture, or deal in firearms under the GCA.

**1.2.7** "FTB" means ATF's Firearms Technology Branch.

**1.2.8** "GCA" means the Gun Control Act of 1968, 18 U.S.C. Chapter 44.

**1.2.9** "NFA" means the National Firearms Act, 26 U.S.C. Chapter 53.

**1.2.10** "NFRTR" means the National Firearms Registration and Transfer Record containing the registration of NFA firearms.

**1.2.11** "SOT" means a special occupational taxpayer, a person or entity qualified to import, manufacture, or deal in NFA firearms by having paid the special (occupational) tax to do so under the NFA.

---

[6] Firearm Owners' Protection Act, Public Law 99-308, approved May 19, 1986.
[7] 18 U.S.C. 922(o)

**1.2.12** "U.S.C." means the United States Code in which Federal firearms laws are codified.

## Section 1.3  Administration and enforcement of Federal firearms laws

Until January 24, 2003, authority to administer and enforce Federal firearms laws was the responsibility of the Bureau of ATF within the U.S. Department of the Treasury. As a result of enactment of Section 1111 of the Homeland Security Act of 2002, ATF and its firearms authorities were transferred to the U.S. Department of Justice, effective January 24, 2003. ATF's name was also changed to the Bureau of Alcohol, Tobacco, Firearms and Explosives. ATF continues to have the authority to administer and enforce Federal firearms laws. The Department of State retained its authority over the enforcement of the export provisions of the AECA that relate to firearms.

## Section 1.4  What are regulations and rulings?

**1.4.1  Regulations.** Regulations interpret the statutes (the law) and explain the procedures for compliance. The Administrative Procedure Act (APA) generally requires agencies to publish proposed regulations in the Federal Register as a notice of proposed rulemaking, giving the public the opportunity to comment on the proposals before they may be issued as final regulations.  The APA provides no specific comment period for proposed rules under the NFA.[8]  As specifically provided for in the GCA, GCA regulations require a comment period of at least 90 days.[9]  An exception in the APA eliminates the need to provide any notice or comment period with respect to AECA regulations. Regulations have the force and effect of law. Courts will uphold a regulation if they find reasonable legal basis for it and if it generally is within the scope of the statute.

**1.4.2  Rulings.** ATF publishes rulings in its periodic bulletins and posts them on the ATF website. These contain ATF's interpretation of the law and regulations as they pertain to a particular fact situation. Rulings do not have the force and effect of law but may be cited as precedent with respect to substantially similar fact situations. Courts will recognize and apply such rulings if they are determined to correctly interpret the law and regulations.

## Section 1.5  Other ATF publications

**1.5.1  ATF's internet website.** This is the best source for up to date information on ATF's firearms administration and enforcement activities, including amendments to the law, rulings, regulations, and open letters to firearms industry members.  The website address is http://www.atf.gov.

**1.5.2  ATF P 5300.4.** This is ATF's publication, "Federal Firearms Regulations Reference Guide." ATF supplies the publication to all FFLs and SOTs. It contains all Federal firearms laws and regulations (except those pertaining to the firearms and ammunition excise tax and State Department export regulations), ATF firearms rulings, articles on various firearms issues, and questions and answers. The publication can be found on ATF's website, http://www.atf.gov, and downloaded.

---

[8] 5 U.S.C. 552
[9] 18 U.S.C. 926(b)

# CHAPTER 2.  WHAT ARE "FIREARMS" UNDER THE NFA?

## Section 2.1  Types of NFA firearms

The NFA defines the specific types of firearms subject to the provisions of the Act. These definitions describe the function, design, configuration and/or dimensions that weapons must have to be NFA firearms. In addition to describing the weapon, some definitions (machinegun, rifle, shotgun, any other weapon) state that the firearm described also includes a weapon that can be readily restored to fire. A firearm that can be readily restored to fire is a firearm that in its present condition is incapable of expelling a projectile by the action of an explosive (or, in the case of a machinegun, will not in its present condition shoot automatically) but which can be restored to a functional condition by the replacement of missing or defective component parts. Please be aware that case law is not specific but courts have held that the "readily restorable" test is satisfied where a firearm can be made capable of renewed automatic operation, even if it requires some degree of skill and the use of tools and parts.

**2.1.1  Shotgun** A shotgun is a firearm designed to be fired from the shoulder and designed to use the energy of the explosive in a fixed shotgun shell to fire through a smooth bore either a number of projectiles or a single projectile for each pull of the trigger.[10]  A shotgun subject to the NFA has a barrel or barrels of less than 18 inches in length.

|   15 inches   |



The ATF procedure for measuring barrel length is to measure from the closed bolt (or breech-face) to the furthermost end of the barrel or permanently attached muzzle device. <u>Permanent methods of attachment include full-fusion gas or electric steel-seam welding, high-temperature (1100°F) silver soldering, or blind pinning with the pin head welded over.</u> Barrels are measured by inserting a dowel rod into the barrel until the rod stops against the bolt or breech-face. The rod is then marked at the furthermost end of the barrel or permanently attached muzzle device, withdrawn from the barrel, and measured.

---

[10] 26 U.S.C. 5845(d)

*NOTE*: One version of the Marble's Game Getter was produced with 18-inch barrels and a folding shoulder stock. This model of the Game Getter, as manufactured, is not subject to the provisions of the NFA because it has barrels that are 18 inches in length and the overall length of the firearm, with stock extended, is more than 26 inches. *However, if the shoulder stock has been removed from the 18-inch barrel version of the Game Getter, the firearm has an overall length of less than 26 inches and is an NFA weapon.* Specifically, the firearm is classified as a weapon made from a rifle/shotgun.

The "any other weapon" definition excludes weapons designed to be fired from the shoulder that are not capable of firing fixed ammunition or a pistol or revolver having a rifled bore. However, certain alterations to a pistol or revolver, such as the addition of a second vertical handgrip, create a weapon that no longer meets the definition of pistol or revolver.[14] A pistol or revolver modified as described is an "any other weapon" subject to the NFA because the weapon is not designed to be fired when held in one hand.



semiautomatic pistol with second vertical handgrip

As stated above, a pistol or revolver having a rifled bore does not meet the definition of "any other weapon" and is not subject to the NFA. It is important to note that any pistol or revolver having a barrel without a rifled bore does not fit within the exclusion and is an "any other weapon" subject to the NFA.

**2.1.6 Machinegun.** Firearms within the definition of machinegun include weapons that shoot, are designed to shoot, or can be readily restored to shoot, automatically more than one shot without manual reloading by a single function of the trigger.

---

[14] 27 CFR 479.11



STEN MK II submachinegun

The definition of machinegun also includes the frame or receiver of a machinegun.



STEN MK II submachinegun receiver

Of all the different firearms defined as NFA weapons, machineguns are the only type where the receiver of the weapon by itself is an NFA firearm. As a result, it is important that the receiver of a machinegun be properly identified. Many machineguns incorporate a "split" or "hinged" receiver design so the main portion of the weapon can be easily separated into upper and lower sections. Additionally, some machineguns utilize a construction method where the receiver is composed of a number of subassemblies that are riveted together to form the complete receiver.

The following table lists specific models of machineguns incorporating the above designs and the portion of the weapon that has been held to be the receiver. This list is not all-inclusive. For information concerning a split or hinged receiver type machinegun not listed below, contact FTB at (304) 260-1699.

| Model | Receiver |
|---|---|
| Armalite AR10 | lower |
| Armalite AR15 (all variations) | lower |
| Armalite AR18 | lower |
| Beretta AR70 | lower |
| British L1A1 | upper |
| Browning M1917 | right side plate |
| Browning M1919 (all variations) | right side plate |
| Browning M2 & M2HB | right side plate |
| Colt M16 (all variations) | lower |
| Czech Vz 61 | lower |
| FN FNC | lower |
| Model | Receiver |
| FN CAL | upper |
| FN FAL | upper |

| | |
|---|---|
| French MAT 49 | upper |
| German MP38 & MP40 | upper |
| H&K G3 (all variations) | upper |
| H&K MP5 (all variations) | upper |
| IMI UZI | upper |
| M61 Vulcan | outer housing |
| M134 Minigun | outer housing |
| Maxim MG08 and 08/15 | right side plate |
| SIG AMT | upper |
| SIG STG 57 | upper |
| SIG 550 Series (all variations) | upper |
| Soviet PPsH 41 | upper |
| Soviet PPS 43 | upper |
| Steyr MPi 69 | upper |
| Steyr MPi 81 | upper |
| Thompson submachinegun (all variations) | upper |
| Vickers water cooled machineguns | right side plate |

The "designed to shoot automatically more than one shot without manual reloading by a single function of the trigger" portion of the definition relates to the characteristics of the weapon that permit full automatic fire. ATF has also held that the "designed" definition includes those weapons which have not previously functioned as machineguns but possess design features which facilitate full automatic fire by simple modification or elimination of existing component parts. ATF has published rulings concerning specific firearms classified as machineguns based on this interpretation of the term "designed."[15]

Included within the definition of machinegun is any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun. This portion of the machinegun definition addresses what are commonly referred to as conversion kits. The "any part designed and intended solely and exclusively" language refers to a part that was produced for no other reason than to convert a weapon into a machinegun. Illustrated below are examples of such parts.



conversion sear for H&K semiautomatic firearms

---

[15] Appendix B (ATF Rulings 82-2, 82-8, 83-5)



Drop in Auto Sear for AR15 type semiautomatic firearms

The above parts are designed solely and exclusively for use in converting a weapon into a machinegun and are classified as machineguns.

The "combination of parts designed and intended for use in converting a weapon into a machinegun" language refers to a group of parts designed and intended to be used in converting a weapon into a machinegun. A typical example is those M2 carbine parts that are only used to permit fully automatic fire in a US Carbine M1 or M2.



M2 Carbine conversion kit

The above parts consisting of an M2 selector lever, selector lever spring, disconnector lever assembly, M2 disconnector, disconnector spring, disconnector plunger and M2 hammer are classified as a machinegun. These parts are used specifically for fully automatic fire and have no application in a semiautomatic carbine. While other parts such as an M2 sear, operating slide, trigger housing and stock are used in the fully automatic carbine, these parts are also appropriate for use in semiautomatic M1 carbines.[16]

Therefore, the M2 sear, operating slide, trigger housing and stock are not a combination of parts designed and intended for use in converting a weapon into a machinegun. Other commonly encountered

---

[16] TM9-1267, Cal. .30 Carbines M1, M1A1, M2, and M3, United States Government Printing Office, 1953

conversion kits include modified trigger housings and/or trigger paks for Heckler & Koch (HK) type semiautomatic firearms. As originally manufactured, semiautomatic HK firearms (HK, 41, 43, 91, 93 and SP89) were specifically designed such that they will not accept fully automatic trigger housings or trigger paks for HK selective fire weapons such as the G3 and MP5. If selective fire trigger paks or trigger housings are modified so that they will function with semiautomatic HK firearms, the modified components are classified as parts designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun. These modified parts are also machineguns as defined.

The following illustration shows a selective fire HK trigger pak with a selective fire trigger housing that has been modified to function with a HK semiautomatic firearm by removing the forward pivot point or "ears" from the trigger housing.



modified HK selective fire trigger housing

Illustrated below is a selective fire HK trigger pak that has been modified by notching the forward lower corner of the pak so that it will fit into a standard semiautomatic HK trigger housing.



modified HK selective fire trigger pak

*NOTE: standard selective fire HK trigger housings and trigger paks as originally manufactured are component parts for machineguns. These unmodified parts, in and of themselves, are not subject to the NFA. However, when adapted to function with a semiautomatic HK firearm the modified parts have been redesigned and are intended for use in converting a weapon into a machinegun.*

The following illustration shows a semiautomatic HK trigger pak with HK conversion sear installed.



HK semiautomatic trigger pak with conversion sear installed

For the conversion sear to function the trigger or the trigger pak must be modified to increase the rearward travel of the trigger. When the trigger is modified a notch is cut into the trailing leg to provide more travel before the trigger contacts the upper trigger stop.  When the trigger pak is modified, the upper trigger stop is either removed or relocated.  *IMPORTANT NOTE: should the conversion sear be removed from the trigger pak and the modified pak left in the firearm, the weapon will still be capable of fully automatic fire.  Therefore, it is important that registered HK conversion sears be kept with their respective trigger paks. This is particularly important in instances where HK type firearms are sold as being "sear ready" or "sear host guns".  If these weapons contain semiautomatic trigger paks modified to function with conversion sears the firearms are capable of fully automatic fire (without the conversion sear) and as such are machineguns as defined.*

Concerning the installation of conversion kits in semiautomatic firearms, it must be pointed out that the receiver of the firearm may not be modified to permit fully automatic fire.  Such modification results in the making of a machinegun which is prohibited by 18 U.S.C. 922(o).

The definition of machinegun also includes a combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.  An example of a firearm meeting this section of the definition is a semiautomatic AR15 rifle possessed with an M16 bolt carrier, hammer, trigger, disconnector and selector. If the semiautomatic AR15 is assembled with the described M16 parts and the rifle is capable of fully automatic fire, the weapon possessed in conjunction with the M16 parts, whether assembled or not, is a machinegun as defined.[17]

---

[17] ATF P 5300.4 (9/05),  Federal Firearms Regulations Reference Guide – 2005, p. 155

An additional example of a combination of parts from which a machinegun can be assembled is a STEN submachinegun "parts kit" possessed with a length of metal tube to be used as a replacement receiver and instructions for assembling the parts into a functional machinegun. The parts kit as sold does not contain a firearm receiver although remnants of the destroyed receiver may be present. A machinegun parts kit in this condition is not subject to the GCA or the NFA.

Unfinished receiver tubes with instructions and/or templates for use in the assembly of a functional machinegun are also commercially available. These tubes with instructions/templates, in and of themselves, are not subject to the GCA or NFA.

When the parts kit is possessed in conjunction with the above described unfinished receiver tube, a combination of parts from which a machinegun can be assembled exists and is a machinegun as defined.

**2.1.7 Silencer.**  A firearm silencer and a firearm muffler are defined as any device for silencing, muffling, or diminishing the report of a portable firearm.[18]  Firearm silencers are generally composed of an outer tube, internal baffles, a front end cap, and a rear end cap.



complete firearm silencer

The definition of a silencer also includes any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler.

The following illustration depicts parts that are designed and intended for use in assembling a firearm silencer.  Another example of parts redesigned and intended for use in assembling or fabricating a firearm silencer are automotive engine freeze plugs that have been modified by drilling a hole through their center to permit passage of a bullet.



silencer parts

---

[18] 18 U.S.C. 921(a)(24)

EXHIBIT 5



# ATF Firearms & Ammunition Technology Division

# Technical Bulletin 17-04

## UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

**August 3, 2017**

# Glock Conversion Devices

A machinegun is a firearm under the National Firearms Act (NFA), 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). A Glock conversion device – commonly referred to as "Glock Switch" or "Glock Auto Sear" – is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock pistol into a machinegun; therefore, it is a "machinegun." The Gun Control Act, 18 U.S.C. § 922(o), prohibits the transfer or possession of a machinegun manufactured after May 19, 1986. ATF is not aware of any Glock conversion devices that were developed before May 19, 1986. As such, Glock conversion devices are considered post-1986 machineguns. Therefore, they may only be lawfully possessed by properly licensed Federal Firearms licensees who have paid the appropriate Special Occupational Tax required of those manufacturing, importing, or dealing in NFA firearms under the authority of the United States and any department or agency thereof or a State or a department, agency, or political subdivision thereof. U.S.C. § 922(o).

Conversion is fast, simple, and requires little technical expertise. Most conversions typically involve removal of the original polymer slide cover plate and replacement with the conversion device. In some cases, the device may actually be attached to the existing slide cover plate. The conversion device is usually made of metal. The conversion process can take less than 60 seconds to complete. Conversion of a Glock pistol will result in a rate-of-fire of approximately 1100 - 1200 rounds per minute.

The following known conversion devices may include a selector that permits full-automatic or semiautomatic fire.



**Glock Conversion Device with Selector Switch – Sample 1**









# ATF Firearms & Ammunition Technology Division Bulletin 17-04

## Glock Conversion Device with Selector Switch – Sample 2



## Glock Conversion Device with Selector Switch – Sample 3







# ATF Firearms & Ammunition Technology Division Bulletin 17-04

The following are known Glock conversion devices which have no selector and only allow full-automatic fire when installed on the firearm.

**Full-Auto Glock Conversion Devices – Sample 1**









## Full-Auto Glock Conversion Devices – Sample 2




## Full-Auto Glock Conversion Devices – Sample 3




# ATF Firearms & Ammunition Technology Division Bulletin 17-04

Finally, the Glock conversion device pictured below consists of permanent modifications to the slide, typically accomplished by welding or soldering the metal sear leg to the underside of the slide. The conversion is not externally visible when the slide is in the closed position.

**Glock Conversion Device with Slide Modifications (Bottom View of Slide)**





This information is designed to help ATF and law enforcement personnel identify the known Glock conversion devices. Technical Bulletin 17-04 depicts some of the known types of conversion devices; however, additional variations likely exist. Please be aware that not all conversion devices can be identified by simply looking at the back of the slide; a closer examination of the slide itself may be necessary.

If you have any questions, please contact the Firearms & Ammunition Technology Division at (304) 616-4310.



EXHIBIT 6

US005705763A

## United States Patent [19]

### Leon

| [11] | Patent Number: | 5,705,763 |
|---|---|---|
| [45] | Date of Patent: | Jan. 6, 1998 |

[54] **FIRE SELECTOR SYSTEM FOR SELECTING BETWEEN AUTOMATIC AND SEMI-AUTOMATIC OPERATION OF A GUN**

[76] Inventor: **Jorge A. Leon**, Av. Macuto, Res. Macaracuay, Apto. #4B, Macaracuay Caracas, Venezuela

[21] Appl. No.: **685,184**

[22] Filed: **Jul. 18, 1996**

[51] Int. Cl.$^6$ ............................................. **F41A 19/33**
[52] U.S. Cl. ........................................ **89/140**; 89/128
[58] Field of Search ...................... 89/140, 141, 142, 89/128

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,216,412 | 10/1940 | Holek | 89/142 |
| 2,432,486 | 12/1947 | Patchett | 89/142 |
| 2,572,872 | 10/1951 | Ketterer | 89/140 |
| 2,718,818 | 9/1955 | Cuppini et al. | 89/142 |
| 2,909,100 | 10/1959 | Kennerley-Tayler | 89/140 |
| 3,012,479 | 12/1961 | Ruffell | 89/142 |
| 3,021,763 | 2/1962 | Beretta | 89/140 |
| 3,358,560 | 12/1967 | Ruffell | 89/142 |
| 4,539,889 | 9/1985 | Glock | 89/147 |
| 5,355,768 | 10/1994 | Felk | 89/147 |

#### FOREIGN PATENT DOCUMENTS

1148550  12/1957  France ....................................... 89/140

#### OTHER PUBLICATIONS

Wooldridge, J. "The Enforcer," Popular Mechanics, Sep., 1991 pp. 39–42.

*Primary Examiner*—Stephen M. Johnson
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57]                    **ABSTRACT**

A fire selector system for selecting between automatic and semi-automatic operation of a gun is provided. The system is mountable on a reciprocating slide of the gun and into operative relationship with the trigger bar of the gun. A member of the selector system is movable between forward and rearward longitudinal positions. The forward longitudinal position allows the member to assume an activating longitudinal position for automatic operation of the gun. The rearward longitudinal position prevents the member from assuming its activating longitudinal position, thereby effecting semi-automatic operation of the gun. The member repetitively contacts a contact area of the trigger bar as it reciprocates with a reciprocating slide of the gun during automatic operation. Further, the device is easily installed and removed from the reciprocating slide depending on user requirements.

**7 Claims, 6 Drawing Sheets**





*FIG. 1a*

U.S. Patent          Jan. 6, 1998          Sheet 2 of 6          5,705,763



FIG. 1b

FIG. 1c

FIG. 1d



*FIG. 2*



FIG. 3b

FIG. 3a



*FIG. 4b*



*FIG. 4a*



*FIG. 5a*

*FIG. 5b*

*FIG. 5c*

5,705,763

**1**

# FIRE SELECTOR SYSTEM FOR SELECTING BETWEEN AUTOMATIC AND SEMI-AUTOMATIC OPERATION OF A GUN

## TECHNICAL FIELD

This invention relates to semi-automatic and automatic firearms. More particularly, this invention is a fire selector system for selectively converting a firearm between semi-automatic and automatic operation.

## BACKGROUND OF THE INVENTION

Many firearms are sold in configurations which provide semi-automatic operation or automatic operation. However, it is often desirable to convert an existing semi-automatic firearm to an automatic firearm, without significant modification thereof.

Having made an initial investment in a semi-automatic firearm, many users are inclined not to make an additional, potentially equal investment in a related firearm which provides automatic operation.

Various mechanisms have been proposed in the prior art for effecting selection between semi-automatic and automatic operation. For example, U.S. Pat. No. 3,012,479 to L. E. Ruffell discloses an abutment opposite a recess in a sear, and movable between three positions for safe, semi-automatic, and automatic operation. However, this device does not appear to convert an existing semi-automatic gun to automatic operation. U.S. Pat. No. 2,572,872 to S. J. Ketterer discloses an attachment for converting a semi-automatic rifle to full automatic, but which is dependent on pivoting motion of a lever, triggered by forward movement of a bolt. An arm of the lever thereby rotates a sear into a hammer releasing position to effect automatic operation. This pivoting action of the retrofitted attachment requires significant, independent movement of the attachment itself during automatic operation, which is undesirable as it may lead to failures, mis-fires, etc. Further, cuts to the stock of the rifle are necessary to install the attachment.

Thus, what is required is a simple device for converting a semi-automatic firearm into an automatic firearm. It is preferable that such a device have few moving parts, be easily installed and removed from the existing semi-automatic firearm, operate in a simple manner, and be inexpensive.

## SUMMARY OF THE INVENTION

The shortcomings of the prior art are overcome by the present invention, which in one aspect is a device for converting a semi-automatic gun into an automatic gun. The gun has a trigger bar, a reciprocating slide, and a longitudinal firing mechanism. The trigger bar is normally mounted below the firing mechanism and is movable into a first position in which the trigger bar engages the firing mechanism and prevents forward motion of the firing mechanism following trigger activation. Semi-automatic operation is thus effected by this engagement. The converting device includes a member mountable on the reciprocating slide of the gun and into operative relationship with the trigger bar of the gun. The member is movable into an activating longitudinal position in which contact between the member and a contact area of the trigger bar occurs to urge the trigger bar away from its first position following trigger activation. Automatic operation of the gun is thus effected by this contact.

The member may be reciprocatable by a user between forward and rearward longitudinal positions. The forward

**2**

longitudinal position allows the member to assume its activating longitudinal position for automatic operation of the gun. The rearward longitudinal position prevents the member from assuming its activating longitudinal position and thereby allows the trigger bar to assume and retain its first position following trigger activation thus effecting semi-automatic operation.

The device may include a switch for longitudinally moving the member between its forward and rearward longitudinal positions.

The device reciprocates with the reciprocating slide upon its mounting thereon, and, when in its forward longitudinal position, can assume its activating longitudinal position and repetitively contact the contact area of the trigger bar during its reciprocation with the reciprocating slide. The member does not assume its activating longitudinal position and is thus isolated from the contact area of the trigger bar during its reciprocation when the member is in its rearward longitudinal position.

The member may include a tapered tip for contacting the contact area of the trigger bar, the tapered tip gradually urging the trigger bar away from its first position as the member is moved into its activating longitudinal position.

As set forth in greater detail hereinbelow, the fire selector system of the present invention can be easily installed and removed from an existing semi-automatic firearm, thus providing the option of a convertible gun or a non-convertible gun. Further, the fire selector system has very few moving parts, operates in a simple manner and is relatively inexpensive to fabricate.

## BRIEF DESCRIPTION OF DRAWINGS

The subject matter which is regarded as the invention is particularly pointed out and distinctly claimed in the concluding portion of the specification. The invention, however, both as to organization and method of practice, together with further objects and advantages thereof, may best be understood by reference to the following detailed description of the preferred embodiment(s) and the accompanying drawings in which:

FIG. 1a depicts a partial cross-section of an exemplary gun having the fire selector system of the present invention mounted therein, the gun being cocked and ready to fire a single round, the fire selector system being set for semi-automatic operation;

FIG. 1b depicts a position of the components of the gun of FIG. 1a at a point during a trigger activation;

FIG. 1c depicts the gun having the fire selector system therein, the fire selector system being set for automatic operation, the components shown at a point following trigger activation and during forward movement of the reciprocating slide;

FIG. 1d depicts the moment of firing of the gun of FIG. 1c;

FIG. 2 is a perspective view of the trigger bar and fire selector systems of FIGS. 1a–d, and further illustrates the positional relationship therebetween;

FIGS. 3a–b are various views of the fire selector system of the present invention in its extended (automatic) and retracted (semi-automatic) settings, respectively;

FIGS. 4a–b depict an alternate embodiment of the fire selector system in its extended and retracted positions, respectively; and

FIGS. 5a–c are cross-sectional views depicting additional detail of the fire selector system of FIGS. 1–3.

5,705,763

| 3 | 4 |

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT(S)

With reference to FIGS. 1a–d, depicted therein is an exemplary pistol 10 having a fire selector system 100 installed thereon, according to the principles of the present invention. FIGS. 1a–b depict the fire selector system in its setting for semi-automatic operation. FIGS. 1c–d depict the fire selector system in its setting for automatic operation.

As shown in FIG. 1a, the components of the gun 10 relevant to the instant invention are as follows. Trigger 20, shown in its unactivated position, is hingedly connected to a trigger bar 18. A wing 28 of trigger bar 18 is engaging a leg 16 of firing pin 14 (or mechanism). Following backward motion of the trigger, or trigger activation, trigger bar 18 moves rearward and an inclined end 24 thereof contacts an inclined control surface 26 (perpendicular to the page) of a connector 22. As end 24 reaches inclined control surface 26, the trigger bar is pushed downward such that nose 16 is released and, urged by spring 32, firing pin tip 34 will move forward, contact bullet 30, and discharge the same.

Pursuant to the principles of the present invention, a fire selector system 100 is provided on the rear of the slide 12. The system 100 has a housing 106 adapted for mounting on the slide, a switch 104 and a disconnector member 102. Disconnector 102 is movable into either a forward or rearward longitudinal position using switch 104. Disconnector 102 in FIGS. 1a–b is shown in its rearward longitudinal position, for semi-automatic operation. In this position, no interaction will take place between the fire selector system and the trigger bar of the gun. Therefore, as discussed above, normal semi-automatic operation will occur based on the interaction between trigger bar end 24 and control surface 26 upon activation of the trigger.

Such trigger activation is shown in FIG. 1b, wherein the components of the gun are shown at a moment during trigger activation. Wing 28 has pulled leg 16 backward to a point where the end 24 of trigger bar 18 (now obscured by connector 22) is beginning to contact inclined control surface 26. Upon further trigger pull, the control surface 26 will guide trigger bar 18 downward, thereby releasing leg 16 and bolt 14 and firing the gun. As discussed above, the disconnector 102 of fire selector system 100 is generally out of engagement with any of these firing components of the gun during semi-automatic operation. Thus, the gun functions in its normal, semi-automatic operation with disconnector 102 in its rearward longitudinal position. Discharge of the bullet and the subsequent backward motion of the slide 12, and release of the trigger, will effect a re-engagement of wing 28 with leg 16, in preparation for another trigger activation.

FIGS. 1c–d depict automatic operation of the gun, wherein the disconnector 102 of the fire selector system 100 is shown in its forward longitudinal position (i.e., moved a distance 101). FIG. 1c depicts forward motion of the slide following recoil from a previous trigger activation. Inclined surface 116 of the forward tip of the disconnector 102 has been moved a sufficient distance 101 forward such that contact and downward motion of the trigger bar occurs. This contact occurs at a point 19 about 1 or 2 millimeters before the slide 12 reaches its normal forward position. The firing pin 14 is thus released at this point in the reciprocation of the slide and another shot is fired without a trigger activation. Control surface 116 of the disconnector 102 contacts the trigger bar 18 to effect this firing. FIG. 1d depicts the moment of firing at which time the control surface 116 of the disconnector 102 has made contact approximately at a point or contact area 40 of the trigger bar. The longitudinal

position at which the disconnector begins to engage the trigger bar is referred to herein as the activating longitudinal position.

As long as the trigger is pulled, and ammunition is provided in the clip, the disconnector will repetitively disengage the firing pin by repetitively engaging the trigger bar and repetitive firing will result as the selector system reciprocates with the slide.

FIG. 2 depicts, in perspective form, the relevant components effecting automatic operation including trigger 20, trigger bar 18 and selector system 100. The inclined control surface 116 of disconnector 102 of the selector system 100 is designed to effect contact at about contact area 40 of trigger bar 18, and gradually urge the trigger bar 18 downward as the disconnector moves forward.

FIG. 3a includes side, top and rear views of the fire selector system of the present invention, with the disconnector 102 in its extended (automatic) setting. As discussed above, the components of this system 100 include a disconnector 102, housing 106 and a cylindrical switch 104 running laterally through the housing. A pin 108 can be provided to hold the disconnector 102 in housing 106. Further, the housing 106 may have a flange 112 formed thereon to effect simple installation and removal of this selector system from the gun. FIG. 3b depicts the same views of the selector system with the disconnector in its retracted position, using the opposite switch setting. FIGS. 3a and 3b clearly show that a first switch position effects extension of the disconnector 102 thus effecting automatic operation, and a second switch position effects retraction of the disconnector 102 thus effecting semi-automatic operation.

FIG. 4a includes side, top and rear views of an alternate embodiment 200 of a selector system pursuant to the principles of the present invention, with the disconnector in its extended (automatic) setting. Disconnector 202, housing 206 and pin 208 are similarly provided, however, a thumb switch 204 is provided in this embodiment rather than the cylindrical switch running laterally through the housing set forth in FIG. 3. FIG. 4b depicts the same views of the alternate embodiment 200 of the fire selector system with the disconnector in its retracted (semi-automatic) setting.

FIG. 5a is a sectional, side view of the fire selector system of FIGS. 3a–b, illustrating additional detail of the system. A spring 110 is shown therein which operates to urge the disconnector 102 into a rearward position. Pin 108 is shown positioned through a via 118 of the member 102. The pin is shown in front of the via indicating that the disconnector 102 is in its retracted longitudinal position. An inclined surface 119 of the disconnector 102 facilitates movement of the disconnector 102 between its retracted and extended longitudinal positions, as illustrated in the sectional, top views of FIGS. 5b–c, which also show a cross-section of the laterally positioned switch 104. Switch 104 includes a recess 114 into which disconnector 102 is urged by spring 110 in its retracted position. Further, a small ridge 117 is provided which, as shown in FIG. 5c, holds disconnector 102 in its extended longitudinal position. The inclined surface 119 of the disconnector facilitates movement into the extended position, and the inclined surfaces of ridge 117 similarly facilitate movement from the extended position into the retracted position.

Various dimensions of the fire selector system of FIGS. 5a–c are set forth in the table below.

5,705,763

<table>
<tr><td>120</td><td>54°</td></tr>
<tr><td>122</td><td>21.95 mm</td></tr>
<tr><td>124</td><td>4.65 mm</td></tr>
<tr><td>126</td><td>2 mm</td></tr>
<tr><td>128</td><td>2.45 mm</td></tr>
<tr><td>130</td><td>2.06 mm</td></tr>
<tr><td>132</td><td>4.81 mm</td></tr>
<tr><td>134</td><td>14.7 mm</td></tr>
</table>

An exemplary embodiment of the fire selector system is fabricated using glass filled reinforced polymer for the switch and housing, hardened steel for the disconnector and spring, and carbon steel for the pin.

The above-described selector system therefore has few moving parts, and further is composed of relatively inexpensive parts.

Using the above-described dimensions for the housing and disconnector, a fire selector system is provided to select between semi-automatic and automatic operation of a Glock pistol of the type described in U.S. Pat. No. 4,825,744, hereby incorporated herein by reference in its entirety. The fire selector system of the present invention can be adapted to replace a slide cover plate of that pistol at the rear of the slide, and it can thus be easily installed and removed from the pistol. In its installed position, the fire selector system provides the user with a choice between semi-automatic and automatic operation; and upon its removal, the gun operates in its normal semi-automatic mode.

While the invention has been described in detail herein in accordance with certain preferred embodiments thereof, many modifications and changes therein may be affected by those skilled in the art. Accordingly, it is intended by the following claims to cover all such modifications and changes as fall within the true spirit and scope of the invention.

What is claimed is:

1. A device for converting a semi-automatic gun into an automatic gun, the gun having a trigger bar, a reciprocating slide, and a longitudinal firing mechanism, the trigger bar mounted below the firing mechanism and movable into a first position in which the trigger bar engages the firing mechanism and prevents forward motion of the firing mechanism following trigger activation, thereby effecting semi-automatic operation, the device comprising:

a member mountable on the reciprocating slide of the gun and in operative relationship with the trigger bar of the gun, the member movable into an activating longitudinal position in which contact between the member and a contact area of the trigger bar occurs to urge the trigger bar away from its first position following trigger activation thereby effecting automatic operation of the gun, wherein the member is reciprocatable between forward and rearward longitudinal positions, the forward longitudinal position allowing the member to assume its activating longitudinal position for said automatic operation of the gun, the rearward longitudinal position preventing the member from assuming its activating longitudinal position and allowing the trigger bar to assume and retain its first position following trigger activation to effect said semi-automatic operation of the gun;

and wherein the device further comprises a user switch coupled for longitudinally moving the member, the user switch having a first position corresponding to the forward longitudinal position of the member and a second position corresponding to the rearward longitudinal position of the member.

2. The device of claim 1, further comprising a housing in which the member and the user switch are mounted, the housing adapted to be mountable on a rearward portion of the reciprocating slide of the gun with said member extending forward into the reciprocating slide and into the operative relationship with the trigger bar of the gun upon mounting of the housing on the rearward portion of the reciprocating slide.

3. The device of claim 2, wherein the device reciprocates with the reciprocating slide upon its mounting thereon, the member assuming its activating longitudinal position and repetitively contacting the contact area of the trigger bar during its reciprocation with the reciprocating slide when the member is moved into its forward longitudinal position, the member not assuming its activating longitudinal position and being isolated from the contact area of the trigger bar during its reciprocation with the reciprocating slide when the member is moved into its rearward longitudinal position.

4. The device of claim 1, wherein the user switch is elongate and runs laterally through the housing, and wherein the device comprises a spring for urging a rearward end of the member against a side of the user switch, the side of the user switch having a recess, such that:

in a first lateral switch position comprising said first position, the rearward end of the member is positioned outside of the recess and the member thereby assumes its forward longitudinal position, and

in a second lateral switch position comprising said second position, the rearward end of the member is urged into the recess and the member thereby assumes its rearward longitudinal position.

5. A device, mountable on a rearward portion of a semi-automatic gun, for selectively converting the gun between semi-automatic and automatic operation, the device comprising:

a housing adapted to be mountable on the rearward portion of the gun; and

a member extending from said housing and into the gun upon mounting of the device on the gun, the member movable between an extended longitudinal position and a retracted longitudinal position, wherein

in the extended longitudinal position a forward end of the member engages a trigger bar of the gun and urges the trigger bar out of engagement with a firing mechanism of the gun following trigger activation thereby effecting said automatic operation, and

in the retracted longitudinal position, the member is disengaged from the trigger bar of the gun following trigger activation, thereby effecting said semi-automatic operation;

and wherein the device further comprises a switch for moving the member between its extended and retracted longitudinal positions.

6. The device of claim 5, wherein the forward end of the member is tapered, the tapered forward end gradually urging the trigger bar out of engagement with the firing mechanism when the member is in its extended longitudinal position.

7. A gun having a device therein for facilitating selection between semi-automatic and automatic operation of the gun, the gun having a trigger bar and a firing mechanism, the trigger bar being disposed below the firing mechanism and movable into an upper position in which the trigger bar engages the firing mechanism and prevents forward motion of the firing mechanism following trigger activation to effect said semi-automatic operation, the device comprising:

a member for placement in operative relationship with the trigger bar of the gun and moveable by a user between

5,705,763

7

a forward and rearward longitudinal position, the rearward longitudinal position of the member allowing the trigger bar to assume its upper position following trigger activation thereby effecting said semi-automatic operation by allowing engagement between the trigger bar and the firing mechanism, the forward longitudinal position of the member effecting contact between the device and the trigger bar and urging the trigger bar

8

away from its upper position following trigger activation thereby effecting said automatic operation, wherein the device includes a user switch for longitudinally moving the member, the user switch having a first position corresponding to the forward longitudinal position of the member and a second position corresponding to the rearward longitudinal position of the member.

*   *   *   *   *

EXHIBIT 7



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/05/2020 17:22 EST

Page 1 of 2

**CASE NUMBER**
SN03BE19SN0003

**CASE OPENED**
3/18/2019

**CURRENT CASE TITLE**
Randall FREITAS, et al.

**REPORT TITLE**
Opening Report of Investigation

## SYNOPSIS

On March 14, 2019, United States Customs and Border Protection (CBP) seized four Glock switches destined for "Ace Cuzz" at ▮▮▮▮▮▮▮▮▮▮▮▮, San Jose, CA. Further investigation revealed "Ace Cuzz" to be Randall Benjamin FREITAS (▮▮▮▮▮▮). The Glock switches are able to turn a semi-automatic Glock pistol into a fully automatic pistol.

This Report of Investigation (ROI) documents the investigation to date and the opening of this case.

**REPORTED BY**
Lou Strickland
SPECIAL AGENT

**APPROVED BY**
Terrance Stebbins
SPECIAL AGENT

**DATE APPROVED**
3/18/2019

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Randall FREITAS, et al. | SN03BE19SN0003-001 | 3/18/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US-000002



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/05/2020 17:22 EST                                                                 Page 2 of 2

## DETAILS OF INVESTIGATION

On March 14, 2019, Homeland Security Investigations (HSI) Special Agent (SA) Strickland received
a call from Customs and Border Protection Officer (CBPO) Reyes from the San Francisco
International Mail Facility, regarding an International mail package from China, identified as
#LW127223415CN.  The shipper listed on the package was LONG ZHU, ███ ███ ████████████
████████████████ ███████, Shanghai 201601, China (6580426) and the contents were
declared as a "switch".  The package labeled #LW127223415CN contained four "auto switch" devices
(that allow Glock handguns to convert to fire as fully automatic pistols), and was address to
"Ace Cuzz" at the ████████████████████, San Jose, CA 95131 with a phone number of (408) 889-3775.

SA Strickland conducted a public records database query of ████████████████, San Jose, CA
and observed that Randall B FREITAS is listed as the current resident.

SA Strickland queried the California Department of Motor Vehicles and observed that FREITAS has
a current driver's license (████████).

SA Strickland conducted an internet search for the name "Ace Cuzz" and found pictures of an
individual that looks to be the same person as pictured on FREITAS' California Driver's
License.  "Ace Cuzz" appears to be the rapper stage name for FREITAS.  Based on photographs and
YouTube videos available on the internet, it appears that FREITAS has ties to the Vietnamese
Boyz street gang.  "ESSJ VBZ" is referenced on YouTube videos featuring "Ace Cuzz".

On March 18, 2019, HSI SA Jacks drove by ████████████████████, San Jose, CA and observed a BMW
bearing California license plate #████████.   The registered owner of this vehicle is FREITAS.

This case is open and the investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Randall FREITAS, et al. | SN03BE19SN0003-001 | 3/18/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

EXHIBIT 8





 **ace cuzz**
78 subscribers

SUBSCRIBE

HOME   **VIDEOS**   PLAYLISTS   CHANNELS   DISCUSSION   ABOUT

Uploads   PLAY ALL

SORT BY













**Ace Cuzz ft 2 much126-the way we live remix**
1.5K views • 7 years ago

**Ace Cuzz-I Put That On My Turf**
1.8K views • 8 years ago

**ace cuzz ft layzie- find our way remix**
5.1K views • 9 years ago

**Ace Cuzz-my path/ruthless-snippet**
3.7K views • 9 years ago

**AceCuzz ft Duece& bg-enemys**
4.4K views • 9 years ago

**Ace Cuzz-One Last Time(R.I.P John...**
22K views • 9 years ago



▶ 0:00 / 1:21

**Ace Cuzz-I Put That On My Turf**

1,859 views · Dec 13, 2012

👍 21    👎 0    ↗ SHARE    ⤓ SAVE    •••

 **ace cuzz**
78 subscribers

i put on my blocc nigga,and i put on my turf/
niggas talkin shit well them niggas getting hurt/
fucc the bullshit nigga always talk about your dirt/

SHOW MORE                                    SUBSCRIBE

4 Comments    ↕ SORT BY

⊙  Add a public comment...

 **Weasna Sim** 4 years ago
tight... shit bangz!!!
👍 👎  REPLY

 **ace cuzz** 7 years ago
yup  u knew my lil bro cuddy
👍 👎  REPLY

 **LiL_RaScAl** 2 years ago
Did this dude got smoked already
👍 👎  REPLY

 **ace cuzz** 7 years ago
i c aye did i meet you with k boy in no town?
👍 👎  REPLY

 **Ace Cuzz ft 2 much126-the way we live remix**
ace cuzz
1.5K views · 7 years ago

 **ace cuzz ft layzie- find our way remix**
ace cuzz
5.1K views · 9 years ago

 **AceCuzz ft Duece& bg-enemys**
ace cuzz
4.4K views · 9 years ago

 **Ace Cuzz-One Last Time(R.I.P John 'Layzie'Nguyen)**
ace cuzz
22K views · 9 years ago

 **Back Off (Full Album) Pb On The Beat | Latest Punjabi Rap...**
PB ON THE BEAT
168K views · 2 months ago

 **Ace Cuzz-my path/ruthless-snippet**
ace cuzz
3.7K views · 9 years ago

 **SPOTEMGOTTEM, Pooh Shiesty - BeatBox Feat....**
CoolLJ504 -XTTZ-
19M views · 3 months ago

 **Eminem - When I'm Gone (Official Music Video)**
EminemMusic 🎵
854M views · 12 years ago

 **Coolio - Gangsta's Paradise (feat. L.V.) [Official Music...**
Tommy Boy
700M views · 3 years ago

 **Heart and the Will**
Teddy Waves - Topic
7.1K views · 2 weeks ago

 **Denzel Washington's Life Advice Will Leave You...**
Grow Successful
9.7M views · 2 years ago

 **Party Till 9AM #02 | Remixes of Hip Hop R&B Rap Songs...**
9AM Beats
26K views · 3 weeks ago

 **Kygo: Stole the Show - Director's Cut**
YouTube Movies ✔
2018 · Documentary
Free with Ads

 **SG Tip - One In The Head (ft. 21 Lil Harold & Slimelife...**
SG Tip 🎵
246K views · 1 month ago

 **Leaf Ward - Guinness ( Shot by @Tayyofficial Films )**
Leaf Ward 🎵
171K views · 2 weeks ago

 **Blickathon**
JHE Rooga 🎵
255K views · 6 months ago

 **True To Self - A L i C (Full Album)**
BADMANxO
29K views · 3 weeks ago

**OLD SCHOOL HIP HOP MIX - Dr. Dre, Ice Cube, Ludacris, 5...**
UNDERGROUND LIFE
80K views · 2 months ago

**RUZIONNO - THE MAKING OF MAMA SHUG SON**
Ruzionno - All Work NO Play Inc 🎵
2.3K views · 4 days ago
New

**Apollo-X OMNI Launch ft. Nastia**
Apollo-X
25K views · Streamed 2 weeks ago
360°