1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5040
7       Fax: (408) 535-5081
        michael.pitman@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           No. 5:20-cr-00223-LHK

14 |         Plaintiff,                  STIPULATION TO CONTINUE
                                         STATUS CONFERENCE
15 |    v.

16 | RANDALL FREITAS,

17 |         Defendant.

18

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20 Defendant Randall Freitas, that the status conference currently scheduled for October 6, 2021 at 9:15

21 a.m. be continued until December 1, 2021 at 9:15 a.m.

22      The United States anticipates producing additional discovery shortly.  The parties further

23 stipulate that time be excluded under the Speedy Trial Act from October 6, 2021 through December 1,

24 2021 in order to allow counsel for the Defendant to continue reviewing discovery, researching and

25 investigating this case, and conferring with his client.  The parties stipulate and agree that excluding

26 time until October 6, 2021 will allow for the effective preparation of counsel, *see* 18 U.S.C. §

27 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from October 6, 2021

28 through December 1, 2021 from computation under the Speedy Trial Act outweighs the best interests of

1  the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2      The undersigned Assistant United States Attorney certifies that he has obtained approval from
3  counsel for Defendant to file this stipulation and proposed order.

5      IT IS SO STIPULATED.

6  DATED: September 24, 2021                           /s/
                                                           MICHAEL G. PITMAN
7                                                             Assistant United States Attorney

9  DATED: September 24, 2021                           /s/
                                                           DEJAN GANTAR
10                                                            Counsel for Defendant Randall Freitas

17                                                [~~PROPOSED~~] ORDER

18     Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
19 that the status conference currently set for this matter on October 6, 2021 at 9:15 a.m. is vacated, and
20 that a status conference will be held on December 1, 2021 at 9:15 a.m.

21     IT IS FURTHER HEREBY ORDERED, based on the facts set forth in the stipulation of the
22 parties and for good cause shown, that failing to exclude the time from October 6, 2021 through
23 December 1, 2021 would unreasonably deny defense counsel and the Defendant the reasonable time
24 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
25 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from
26 October 6, 2021 through December 1, 2021 from computation under the Speedy Trial Act outweigh the
27 best interests of the public and the Defendant in a speedy trial.  Therefore, and with the consent of the
28 parties, IT IS HEREBY ORDERED that the time from October 6, 2021 through December 1, 2021 shall

be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(iv).

DATED:      10/01/2021

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE