JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
dejan_gantar@fd.org

Counsel for Defendant
RANDALL FREITAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RANDALL FREITAS,<br><br>  Defendant. | Case No. 20 Cr. 223 JD<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA; [PROPOSED] ORDER<br><br>Before the Honorable James Donato<br>United States District Judge |

**STIPULATION**

Defendant Randall Freitas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Michael Pitman, respectfully request that the status conference currently scheduled for March 28, 2022 be vacated and that a change-of-plea hearing be scheduled for April 18, 2022.

Defense counsel has informed the Government of Mr. Freitas's intent to enter a guilty plea in this matter. The parties request the change-of-plea hearing be scheduled for April 18, 2022 so that counsel may have additional and adequate time to consult with his client in advance of the change-of-plea hearing, and review discovery with him.

The parties further stipulate and agree that the time between March 28, 2022 and April 18, 2022 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender

DATED: March 25, 2022

*/s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

*/s/ Michael Pitman*
MICHAEL PITMAN
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for March 28, 2022 is VACATED, and a change-of-plea hearing is scheduled for April 18, 2022.  For good cause shown, the Court further finds that failing to exclude the time between March 28, 2022 and April 18, 2022 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY FURTHER ORDERED that the time between March 28, 2022 and April 18, 2022 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED:   March 25, 2022

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE