JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 20-CR-223 JD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | |
| RANDALL FREITAS, | |
| Defendant. | |

Defendant Randall Freitas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Michael Pitman, respectfully request that the sentencing hearing currently scheduled for August 22, 2022 be continued until October 24, 2022.

The reasons for the requested continuance are that defense counsel requires additional time to conduct pre-sentence legal research, confer with his client regarding sentencing issues in advance of the hearing, and effectively prepare for the sentencing hearing. The parties request the hearing be scheduled for October 24, 2022, to accommodate all parties' schedules.

1    Defense counsel certifies that he has conferred with USPO Monica Romero. Probation does not

2 object to the instant request and is available on the requested date.

3    IT IS SO STIPULATED.

4

5                                              JODI H. LINKER
                                               Federal Public Defender
6                                              Northern District of California

7
     DATED: July 27, 2022                      /s/ Dejan M. Gantar
8                                              DEJAN M. GANTAR
                                               Assistant Federal Public Defender
9

10                                             /s/ Michael Pitman
                                               MICHAEL PITMAN
11                                             Assistant United States Attorney

12

13   *The filing attorney certifies that he has received written authorization to file this Stipulation and

14   [Proposed] Order on behalf of the non-filing attorney.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2          Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS

3    that the sentencing hearing currently scheduled for August 22, 2022 be continued until October 24,

4    2022.

5          **IT IS SO ORDERED.**

6

7     DATED:   August 1, 2022

8                                                    _____

                                                     THE HONORABLE JAMES DONATO
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28